

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Christopher Leee Tucker

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

City of Adrian, Michigan

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:23-cv-12063
Assigned To : Lawson, David M.
Referral Judge: Patti, Anthony P.
Assign. Date : 8/14/2023
Description: CV TUCKER V. ADRIAN, CITY OF (MC)

Jury Trial:   ☐ Yes   ☑ No
*(check one)*

**POOR QUALITY ORIGINAL**

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

I.     **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach
   additional pages if needed.

   |  |  |
   |---|---|
   | Name | Christopher Lee Tucker |
   | Street Address | 160 East Maumee |
   | City and County | Adrian, lenawee |
   | State and Zip Code | MI, 49221 |
   | Telephone Number | 517-442-1456 |
   | E-mail Address |  |

   B.      **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the
   defendant is an individual, a government agency, an organization, or a corporation.
   For an individual defendant, include the person's job or title (if known).  Attach
   additional pages if needed.

   Defendant No. 1

   |  |  |
   |---|---|
   | Name | City Of Adrian |
   | Job or Title (if known) |  |
   | Street Address | 135 E. Maumee St |
   | City and County | Adrian, lenawee |
   | State and Zip Code | MI, 49221 |
   | Telephone Number | 517-263-2161 |
   | E-mail Address (if known) |  |

   Defendant No. 2

   |  |  |
   |---|---|
   | Name |  |
   | Job or Title (if known) |  |
   | Street Address |  |
   | City and County |  |
   | State and Zip Code |  |
   | Telephone Number |  |
   | E-mail Address (if known) |  |

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

    Name               _____

    Job or Title
    (if known)        _____

    Street Address   _____

    City and County  _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known)        _____

Defendant No. 4

    Name               _____

    Job or Title
    (if known)        _____

    Street Address   _____

    City and County  _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known)        _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    ☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

amendment 1, amendment 4, amendment 6, amendment 9 amendment 10

Federal Civil Statutes, human rights, altering and tampering of evidence, putting my name on another lawsuit, likness law, personality rights, gaslighting using first persons.

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual
        The plaintiff, *(name)* Christopher Tucker_____,
        is a citizen of the State of *(name)* Michigan_____.

    b.     If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. *Or* is a citizen of *(foreign*
        *nation)* _____.

    b.     If the defendant is a corporation
        The defendant, *(name)* City Of Adrian_____, is incorporated
        under the laws of the State of *(name)* Michigan_____, and
        has its principal place of business in the State of *(name)*
        Michigan_____. *Or* is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$0

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Gang mobbing, Gang Stalking, Hassarement, endangerment of life. police need to do their job, sexual entrapment, entrapment



Frb messeger eyer toId who of the synthetic telepaty eeg other Bottle settin for people

5

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do
not make legal arguments.  Include any basis for claiming that the wrongs alleged are
continuing at the present time.  Include the amounts of any actual damages claimed for the acts
alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed,
the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

relief printed out separate on other papers

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of
litigation; (2) is supported by existing law or by a nonfrivolous argument for extending,
modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if
specifically so identified, will likely have evidentiary support after a reasonable opportunity for
further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served.  I understand that my failure to keep a current address on
file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/03/_____, 20 23___.

Signature of Plaintiff     _____

Printed Name of Plaintiff     Christopher Lee Tucker

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**



Setup by others
synthetic telepathy
telepathy
Platinggie
and 5 others

Harassment techniques include:

1. Surveillance (being followed, electronic surveillance, computer and phone hacking, monitoring all online activities, and bugging of home)

2. Profiles are built to identify any and all weaknesses and insecurities to be used later. Information often obtained through sexual partners or trusted people in their lives.

3. Conditioning where victims are sensitised to certain stimuli such as everywhere you go someone will cough as they walk past you. The goal is to make you self police and then think anyone who coughs is involved in the harassment. People report of conditioning to include hand gestures, an overt use of colour in peoples clothing (like everyone you see wearing red) or cars a certain colour or with headlights on (also known as brighting).

4. Anchoring where someone will provide false rationales for the harassment. Often many possible rationales are planted to keep the victim confused and the focus of the harassment cycles from one possible reason to another round and around so as to keep the victim guessing in a self perpetuating guessing game where every scenario you are to blame and causes self doubt, fear, intimidation, and ultimately a cycle of destructive thoughts

5. Mobbing (or true gangstalking) where everywhere you go you will see an overt display of people following you and often use words you have been conditioned to or your name to draw your attention

6. Street theatre where a group will "perform" an overt activity like a fake confrontation or scenarios designed to test your reactions. Often takes the form of a couple who position themselves near you and then have a conversation using many of your conditioned words or pertaining to your particular situation and sensitivities.

7. The use of directional speakers which have the ability to direct sound to a single individual in a crowded room. This particular item is ultimately the most used and is often referred to as V2K or Voice to Skull and is used extensively in the psychological breakdown of the victim. The use initially is to cause the victim to doubt their sanity and drive them into the mental health system, and later to just torment and never give the victim a moment of privacy or peace. If they do enter the mental health system, then harassment escalates dramatically as the victim has now been "discredited" and can be labeled as someone with a mental problem if they do speak out about the harassment.

8. The use of electronics to effect your eyesight and balance which was originally developed for the military and police crowd control called "dazzling" and even the ability to make you vomit.

9. Sound campaigns which is a community harassment technique where abnormal levels of sound are directed at the victim and their home. This includes cars deliberately breaking or accelerating when they pass, people talking excessively loudly at all hours of the night, amplification of sound using directional speakers so that external sounds that previously couldnt be heard now can, garbage trucks and other heavy vehicles, and countless other deliberate tactics

10. Sleep deprivation - this is perhaps one of the most insidious tactics used where victims are woken multiple times a night and can be kept awake for days at a time. The effects are dramatic and completely debilitating effecting concentration, mood, irritability, appearance, and significantly impacts all areas of their life - job performance, relationships, and significantly aids in discrediting the victim as

they appear unorganised, disheveled, and sleeping patterns alter so they may sleep during the day (where noise campaigns are more effective) and be awake at night (where they can be painted as the one making noise and being a disruptive member of the community).

11. Baiting or entrapment where victims are harassed to the point that they lash out and commit a crime such as assault, break and enter or vandalism, as they try and locate the source of the harassment. Harassers will actively try to provoke verbal and physical confrontations especially after a period of sleep deprivation. Or they are prompted into an activity which can then be used as leverage such as affairs, sexuality, drug use, or other criminal activity.

12. Gaslighting which is a form of psychological abuse where someone will actively try undermine victims and to make them doubt themselves so that they lose all self confidence and self esteem and are therefor easier to manipulate and push toward the mental health pathway. It can be as simlpe as being told something which they then deny, then telling them how silly they are for thinking they said it, and turn the lie around into an attack on the person. It can be incredibly effective coming from a trusted person and before the victim understands what is happening to them.

13.Blackbag jobs is a term when a harasser breaks into a victims property and places something or deliberately moves something. The purpose is to cause self doubt, and fear that their property is being accessed which harassers try to then sell as paranoia.

14. Propaganda and disinformation is also the other key element to suppress knowledge of this practice as its effectiveness initially requires the victim to be unaware of the existence of gangstalking, gaslighting, or the electronic technologies such as directional speakers so huge amounts of time are devoted online to creating disinformation sites which attempt to discredit victims by pushing the mental health agenda. They achieve this by posing as victims and actively trying to sound crazy so that all victims are are treated as such. Also by creating websites claiming to help victims and being a resource for victims to come together and then harassing them to the extent that they lose hope and no longer reach out for help causing further isolation.

15. Further to the above, gangstalkers rely on disbelief and discrediting and as such much of the harassment is designed (at least initially) to mimic mental health issues. They also rely on their abuse being so extreme, so pervasive, so fundamentally immoral, as to be disbelieved and victims subsequently resort to photographing, videotaping, and sound recording their everyday encounters to disprove the countless unfounded claims made against them - especially in relation to gaslighting, which gangstalkers try to turn around and paint the victims as paranoid or irrational. Victims are made to feel helpless as every attempt to defend themselves is used against them and when they seek help they are met with disbelief or open hostility.

Hello Joe because of Vietnam War and set up on my uncle as me as Joe.
CIA Military named me him, pro noun. People showing up calling them self him targeting.

2022 to get a CEO out of office now 2023 to get another CEO out of office, black propaganda in the past and in the present both differently, too many to stop.

People targeting me and my family by acting like friends and family to set up both countries against our consent.

Homeless playing my family in the Philippines to hit my family. While Philippines waiting to protect my wife and hit back.



Basis for jurisdiction

Federal civil rights statues, Constitution, cybercrime, anything not stamped with my showers of herbs LLC impression is not mine except for declassified documents and pictures for evidence.

Wedding poster CIA military complex had the photographer took her poster back to back, I'm not playing Prince, I'm too ugly don't want to impersonate anyone.

The yellow USB that I gave to the courthouse for the judge, one video I forgot to download, Prince lay down (purple yoga from the heart of Minnesota)

I did give the judge an article from online the Pentagon executed order 66 on the Jedi, I suppose everybody wants to play their time machine game.

Philippines barangay I forgot to write down, they were sneezing to make her sneeze for the future or was it the present when I was there, and I'm not sure. I want to say for the future the near present.

CIA military complex is trying to make it look like me.

My evidence proves that it's not me if I get a fair trial without anybody adding to my lawsuit

Dr. James Giordano Mass disruption by DOD on the PPL.

I have evidence given to the courthouse it's not me targeting anyone.

I deserve a fair trial, gas lighting and true according CIA, Rick strawcutter pass she to the shelter.

Rick gave she to the shelter, from the congregation and from the Philippines.

Central Intelligence agency told me.

Their statement of claims or adding to my statement of claims will get people hurt.

I don't want nothing to do with the Christians lawsuit or adding to mine, my statement of claims stamped showers of herbs LLC.

Country music, don't hurt me, walk a little straighter Daddy

CIA military complex wants to do the opposite

They're putting a hit on me in the collection and the music I listen to, they made it part of their script

Tired of their pass game

I can prove barangay neighborhood broke the law, were they mind controlled to do so, I believe yes.

Dr James talks about using particular statements as a weapon, such as we're not doing nothing to hurt him while they're pretending to be me, that's a weapon!

Why would they want to ban me from the Philippines if they're acting like they're helping me but really not. The back of his shirt says it all, staff and I'm not Moses.

Share the warmth homeless shelter! Staff still there or are they gone and replaced?

Amanda wall and other Amanda's Target in my ex-girlfriend Amanda

CIA military complex got your black propaganda going for a deception, who is perping who & me, perps for hire to make it look like I targeted my family to make the perps money.

# SPECIAL SOLUTIONS, LTD
## Investigations & Protection Specialists

IL Agency
Lic #117-001169

**October 21st, 2018**
**Report Final Draft and Conclusions**

Mr. Christopher Tucker
Adrian, Michigan, USA

**RE: Online Electronic Harassment Report**

It certainly was a pleasure to serve your security and TSCM needs by allowing us to conduct this intrinsic residential electronic investigation for you. As promised, we hereby submit this written Online Electronic Harassment report for your review based upon the outcome.

This comprehensive report was compiled from various sources, including nearly four thousand texts from the Client himself, and was conducted continuously from mid-December 2017 until its conclusion, with the receivership of final data from said sources, on October 20th, 2018. The investigation was conducted by Private Investigator Edward D. Leszynski during the entire duration of that time.

Mr. Tucker first contacted our firm in November of 2017, almost one full year ago. He related to us several incidents that he felt were the result of Online harassment, such as fake social media accounts in his name (and the names of close associates and family members, as well), trouble with phone calls and messaging, a unique situation known in the common parlance as "gaslighting", and he believed that several family members of his wife (from whom the Client is currently estranged) may have been culpable for the harassment activity.

Upon initial contact, the Client said that he had been the victim of defamatory statements about his character, sexual orientation, and had been falsely-accused several times of being a pedophile. His largest claim was that he was a victim of a surveillance program, not unlike COINTELPRO from the 1970's and 19080's, that was responsible for spreading this false information, hacking into his accounts, and were responsible for the family and personal problems that he had been experiencing up to that point.

There have been legitimate victims of such techniques in the past that we at the firm have seen, and those cases were indeed legitimate. Mr. Tucker was allowed to set up a payment plan for the retainer of research into these allegations, and was quoted $1900 for the duration of the research and monitoring, and was told that it would be a long-term job, as investigations such as these can sometimes take up to 12 months to conclude to satisfaction. This is not usual practice for the firm, and

we are accustomed to being paid in Advance for our services (per the Terms of our Contract), but he was granted this benefit because he had just recently paid out thousands for a Bankruptcy filing.

As these last 8 months of investigation has shown, some of his claims were verified by social media outlets such as Facebook, who were able to show several fake accounts in the Client's name that were quickly taken down by the engineers. One fake account in the name of the Client's wife had been definitively shown to have contacted his legitimate profile multiple times, but almost as soon as the fake account was zeroed in upon, it was taken down before viable monitoring could be conducted either by this Investigator or by Facebook Administration.

Facebook recently suffered, as one engineer put it anonymously, a "catastrophic" server-wide Hack that exposed more than 60 million Users to a nefarious individual or group of individuals that has made it increasingly difficult for their engineers to keep on top of. The Client has also asserted problems with his credit card, banking and travel accounts online, such as his assertion that his Spirit Airlines account was hijacked, which he communicated via text message directly on December 7th, 2017.

Mr. Tucker continues to assert to this day that the parties responsible for this harassment primarily stem from government agencies, but there has been no viable proof of such at this point. Mr. Tucker claims to suffer from a very dubious but verifiable drawback known widely as "Voice to Skull' phenomenon, a condition we have heard about from at least a thousand individuals nationwide over the course of the last three years. This is a phenomenon in which individuals literally hear transmissions in extremely low-frequency, primarily microwave or satellite-based platforms, and we have received at least a hundred viable recordings, as well as nearly a dozen of our own that have been recorded in the high-transmission areas. Unfortunately, the Client has always declined to let us come out and scan his property and environment, so the root cause for his particular suffering of this phenomenon remains a mystery to this day. Early on, the Client claimed that he had been told he was entered onto some form of government Blacklist, but subsequent inquiries to government authorities and offices have borne out that this is simply not the case. Investigation of such a claim with the FAA, such as a No-Fly List, also led to the assertion that this was not true.

Further attempts at investigation of the Client's wife's account did not bear the same issues. Without naming her specifically, it is prudent to mention that she is a national of the Phillipines, where the Client spent some time in the past. While her account and primary profile appeared to have been secure, there was at least one instance of a Duplicate account being in existence for about six days. This account

did not seem to reach out to the Client's, and went dark less than a week after it was initiated.

Shortly before Christmas of 2017, the Client requested that I contact the Adrian, Michigan Police Department, in order to detail his Hasrassment case, but as I informed him when we spoke that week, police are not going to hear any case about electronic harassment without definitive proof of someone in their jurisdiction committing the hack. In the past, we have found that police in general are not equipped with the necessary technology or training in order to deal with electronic harassment elements, only cases where physical stalking is prevalent. In addition, the client then on December 28th requested a contact to a Larry Richardson of the Lenawee County Sherriff's Department, but no messages left for Mr. Richardson were ever returned, so what bearing he has on the Client's case remains obscure.

Similar issues and problems were experienced by the client while he had a phone with Verizon. Related to this apparently were several screenshots of conversations on Facebook with various individuals, but further inspection showed that they were simply random exchanges with FB friends, talking about the technology responsible. Inquiries to Verizon were partially productive, but they could not go into specifics about the hijacking of the client's phone. Verizon did acknowledge that there had been a concentrated server hack earlier in 2017, but that the hole had been quickly closed and our client did not appear to have been a victim of that hack.

Monitoring began before payments began on January 3rd, 2018. Mr. Tucker was sent a contract for an Online Electronic Harassment including account monitoring on the same day via email.

Mr. Tucker asserts that he had proof that it was FBI engineers hacking into his Verizon phone, but apparently they were lost or deleted in the interim, so definitive assertion of the hacking of his Verizon phone is not possible with the current data.

Facebook was another matter for the client. Despite the advice of this Investigator and several of his other associates on the platform, he has often posted assertions publicly that has no doubt attracted instigators. It has muddied the considerable waters for this Investigator to cover, but despite these drawbacks, and working in conjunction with Facebook Administration, we have been able to log several attempts by outside parties to "zombify", or hack, the client's account on several occasions over the course of the last eight months.

This is a process by which an update is sent disguised as one from the Host network. Once inside, it acts as a cloning mechanism of sorts, not redirecting information but copying it. This can happen through phone and server networks,

and in this case was apparently infiltrated as a regularly-scheduled updates through the Facebook server network, indicating a hack or series of hacks at that source.

In January of 2018, there were three recorded incidents with the Primary Facebook profile of Chris Tucker. Subsequent months show, respectively, two more in February , four in total in March, none recorded or detected for April or May. At this point the first data was compiled to account up to that time, sometime around May 28th, 2018. Since no significant activity was recorded during this sixty-day period, it was hoped by both investigator and client that the illicit harassment activity was at an end.

Unfortunately this did not seem to be the case, as June brought the activity back in roaring fashion. Six different incidents were monitored, as well as a couple of others that ran up to be Inconclusive, so they were not added to the total for that month.

July 2018 accounted for four more attempts to hijack the client's Facebook profile. August produced five more attempts, but after that, with the assistance of Facebook Administration engineers, in September we only recorded two attempts to interact with the profile. In October, due to heightened diligence on the part of the media platform itself, we have heard of only one attempt, and the engineers appear to finally be abating.

It should be noted, too, that while many attempts to track the sources of these unauthorized attempts have been undertaken, many of these false "updates" seem to have been relayed through numerous servers, many in the US but some from a Eastern European server system known as Turktrust. This server certificate has been notorious through the years as the source of several high-profile hacks, such as the massive Target Corp. incursion that resulted in the loss of data by more than five million customers. It has also been a causeway from which several Federal agencies have seen terrorist activity, including the hacking and hijacking of bank accounts, social media accounts, confidential files and intellectual property.

## Conclusions and Recommendations:

Although there is no definitive answer as to Who has been attempting to sabotage Mr. Tucker, the fact that it has indeed played a factor in his online accounts does appear to bear validity. As such, it is strongly recommended to the client that he reset his Facebook account through literally the only known way possible, by eradicating the old one and starting a brand new profile. This will ensure entirely new connections to the network, and will increase the chances of both monitoring and preventing further dubious activity. It will also allow him to filter through his

previous profiles and see if any one of them may be a fake account linked to his new one.

It is also highly recommended that this same suggestion be applied across the spectrum of his online accounts. This would include requesting new account numbers from internet service providers, banking institutions, airlines, Amazon and other online shopping platforms, and any other accounts and profiles that may have been compromised at any earlier date. In both the previous instance as well as this one, it is the best due diligence one has in an era of digital harassment.

In order to assist in eradicating the pervasive Voice to Skull phenomenon, it is recommended to the client that he consider some active countermeasures in order to free himself from what can only be described as bombardment. Many times the client has texted at all hours in order to relate something that had been told to him about several people, his wife, his family, friends, working associates, and the like. The client sometimes addresses these messages as if they were true, and it has caused him great consternation in all dealings to the present day. Mr. Tucker does not have a diagnosis of schizophrenia or Dissociative Identity Disorder so far, but he has shared a desire to avoid classifying this as a medical condition for fear he would be wrongly misdiagnosed. This has indeed happened to several past clients, although they were later exonerated of these classifications, but only after great stigma had been imposed, often causing great disarray in their personal and professional lives. There are several devices, garments, constructs, silver and copper-lined garments, and absorptive materials that may be of a great benefit in counteracting this phenomenon, as it has for many, many others.

Regarding his family in the Phillipines, unfortunately geographical limitations preclude them from being interviewed. The Client will be advised as to how to stave off the physical side effects from his current exposure to some form of Extremely Low Frequency transmission, the source of which remains undetermined without an examination of the property.

This report is true and current as of October 21st, 2018, submitted today by Investigator Badge #380, Mr. Edward Leszynski, of Special Solutions Ltd.

Don't play him

Always plays with him self

Can't save him

He is gay

He is bading

Delawa can't stand him

Can't help him delawa passed him to trump

Walks to much

Passed him/her punishment

He is a pediphile

He did something bad at 16

He passed her herpes

He raped her

Showed them the box

They showes him what they wanted to do to him

Keep him out of alabang

He said it they will find you

Delawa set us up

He won't talk to him again

Pass him/them 10 years

He don't care

Vilma not safe

You wanna die for him

Jasmin/ jasmin live

Should we talk to him or play a game, the deception began.

He's gonna do it his way

Dead man walking

He's a serial killer

Your not changing him

Trump put a hit on him/them

Don't care who you are

Can't stand him

 prison

 passed bob/Robert to trump

 he's already dead

we are the law

 dead man walking

they said they help but someone passed him to trump

They said they help but someone passed him to obama

A slight mistake to my statement of claims, when in the Philippines I was being attacked often every day being targeted and hit in the head. The homeless people (demon goats) wanted me back at the shelter for the set up to look like the Philippines targeting me for the homeless people to act like they are helping bob and myself but aren't. This was done prior when I was in Wisconsin or when I went back to Wisconsin I'm not sure but I know it was during the time period of 2021 & 2022.

My statement of claims and lawsuit prior to this I left the shelter because the CIA military complex said they are going to put it in their head.

CIA & Military Complex Telling the shelter what to do to pass the hit, the Philippines barangay and Vilma family were already being targeted.

The Philippines barangay were gang mobbing me and targeting people in America nov 2022 until sometime may or April while I was there. And pretending to be my wife on the other side of the island and pretending to be me there.

Joker is set up as a deception for what the people are doing wrong in Michigan & now in the Philippines presently.

Vilma set up to play Sherly Ann and her mother for a deception to lock them up and walk my wife and ruin me more.

Last lawsuit talked about at troy on the couch hit and trying to breath afterwards. They hit troy next in his bed room next to the living room on the couch and he paused and waited for the CIA Military complex to tell him what to do, pretend to be me most likely.

Added another USB of videos of videos just as important to me and the prince Rodgers nelson community.

CIA Military complex was pretending to be me and hitting people when I was thinking positive thoughts and normal thoughts nothing evil, my family knows me and ex's.

Amanda's got black on in picture 2016, her clone by clones, Amanda does not cuss either. Amanda is a lady, My First girlfriend and I wanted to be around her all time. But I'm not obsessed like Larry Sizemore.

Share the warmth homeless shelter! Staff still there or are they gone and replaced?

The black propaganda, he passed trying to make it look like for speech for a deception in the end.

In the end last year even Homeless was being perped by African Americans who showed up to make it look like I'm part of their team.

Too many of them to do anything about it, my moral compass would not put a hit on my family especially when they told me in Wisconsin, suggest no matter who I hit Target's my family.

Deception misperception, certain individuals in the Philippines was faking it, now targeting making it look like me, knowledge systems, and Information systems.

Who gave them the Intel because I did not, watching me and my family and my social groups and my friends and my church community for a very long time, ECT.

Adrian fitness center, I was working for my buddy Larry Anderson because he promised me a job if I would get in myself into shape.

So I got myself a membership I got myself in shape and I asked him about being an employee and he hired me.

There is a member there that I met and I became friends with his name was called big George, one day he came in to the gym with his magazines from Japan when he was employed by world wrestling Japanese.

He showed me the picture of him jumping off the top rope, CIA Military Complex must have use subliminal messaging on him for him to come in with his magazines because I used to be a huge WWE fan with my ex-girlfriend Amanda.

The CIA military complex knows me he knows my friends he knows my family he knows my social groups he knows everybody I know to discredit me and it's not me targeting anyone.

It is not my mind they already have it planned out they want everybody out of the damn way.

I'm tired of the CIA military complex controlling these people and them obeying.

The he , she game and goats, they aren't just remote viewing of past.

CIA military complex has me down playing God, the trinity, bring signature stolen and given to other people to Target anybody I think of and there's five victims as I mentioned before. Three of the five they want to play God, Jack blaker, Christopher Tucker, Bob Tucker.

Rick Strawcutter once Bob and myself out of the way, they don't have Rick playing God. They have Rick done playing him, description of a male. CIA military complex called me him description of a male, I didn't call myself him. Black operations, African American men and women targeted me, I gave the courthouse picture to prove it.

Can't stop them and I don't want to hit them with MK ultra-technology and similar, there's too many of them.

Video someone at Vilma's place singing zombie.

Bhing used to sing this all the time and say it's in my head and I'm crazy nobody's helping me I'm crazy.

In other words we're helping discredit you because everybody in Michigan is helping discredit you.

They did the same thing when I was there the first time I just never caught it.

Rick strawcutter mad and set up all of Adrian Michigan, Rick YouTube campaign is working everybody's zombified.

Rick has a crazy way to escape the matrix and involves shortwave radio better known as heterodyning.

Rick strawcutter is being called mad (crazy) 2014 one of the county newspaper, so he didn't want to help anybody, he ran off and did his lawsuit by himself.

I was targeted way before I knew Rick he had no business discrediting me through other people on purpose.

Prince Rogers Nelson and Doug e fresh mad, a newspaper story saying that he is crazy when he's not

I'm not impersonating him Oscar cavazos dose, I'm not saying he is either.

Rick Strawcutter don't have my consent to put me in CIA Military Complex game I don't want to try to discredit me in the end.

Other people pretend to be me Target and rick strawcutter.

Conspiracy against rights everyone steal my brain signatures to Target others.


Church's hide their lawsuit and I'm not supposed to know

Just don't dew unless soda pop mountain dew

If you want to say Kathy Perry is in the Illuminati with her black magic song I can't stop you but don't ever say prince was part of the Illuminati

Did Doug e fresh tell the CIA military complex to stop, forced speech

Prince Rogers Nelson called the CIA military complex the beast


Captain paulme son, wife calling herself Vera and calling Vilma Vera.

Which was the hint to come of others doing the same thing including the barangay and the people around the barangay pretending to be me and my wife on the other side of the island.

Written down on Rick's strawcutter employee is laptop who stays there, I can't change it I wrote it down 2017.

I'm not playing Joe or any CEO, I took my wife's nieces out for ice cream, was not alone. A trike driver drove us to a store where I bought the kids ice cream.


It gets awful hot in the Philippines being a tropical island, humidity there compared to here is quite different.

I'm not accusing him of saying I'm playing any Joe when I'm not playing any Joe others are including my cousin Little Joe.

Kill Joe Could be under mind control, he isn't doing anything to hurt anybody that's the difference between certain individuals I want arrested not hit.

When a little Joe's friends and his Facebook friended me and was going around targeting people.

I want nobody hit because there's too many of them, set up as conspiracy against rights to try to make themselves money or whatever they're trying to do.


YouTube video vloggers

CIA Military Complex wants to play him with their team

Their team likes to blend in with regular people, it's not worth hitting anybody.

Rick strawcutter wants to appear to make it look like I hit everyone when I'm not to conspiracy against rights of the homeless people pretending to be me.

The military complex helping people pretend to be me pretending to be CEOs, I bet you Michael from Alabang added his name to the CEO list too, I'm not playing him or targeting him.

CIA Military Complex already did.
Dr Robert Duncan said it's okay to choose not to choose, Michael didn't have to put Shakey's Pizza boxes all over his Facebook.
My wife and I went to Shakey's Pizza the picture of my eye normal.
She picked my shirt because the clandestine officer told her to put me in a black shirt.
The culture there the wife or your partner picks out your clothes before you go out on a date or out anywhere, that's the Filipino culture.
Entrapment on Vilma to be with her for the deception.

My wife came in the bedroom said her uncle's housekeeper got does he hit her head and died and they never had a housekeeper.

You want to talk about Edgar Santos now? Friends with the mega cellular CEO.
I'll get this prepared and go to the library and print this off and send a couple more pictures stamped with LLC business license
They were targeting me before I knew where you Rick. with Victoria, Amanda, possibly Lisa.
Lyka eeg heterodyning sex broadcasting on who? idk

Just like Nikki with her black ex bf, moaning out loud at trestle Park.

Amanda did that in my room at my parents on purpose.

I suppose that's where they got it from and the CIA Military Complex probably had something to do with that.
These bastards CIA Military Complex keep on telling them what judge to give it to.

Very irritating I'm not sure if they do it with subliminal messaging?

DARPA N3 program

Rick put a hit on me because didn't want to help me. CIA military complex pass it to everybody to break the law.

Because other people in other towns playing their own games.

Rick Strawcutter up late one night staying at rental place, who was rick talking to in the Philippines.

Or elsewhere?

Christians don't have my permission to use my declassified documents in Detroit.

This judges from Flint, I suppose another judge that is helping her is in Detroit?

Because there's usually two judges on a case.

Get the EMF frequency off my body

Washington fusion center accidentally released the Mind Control documents, part of the C2 systems command and control

You know how I can prove it, because I gave the Detroit courthouse the DARPA files that goes with the thinking together new thought systems.

Actually old thought systems made better

And if you're trying to discredit me and gather people at your market and play me stupid and that like I did to my lawsuit I'm going to sue you for that too

Them sharing my mind with eeg heterodyning for a deception for them to turn around and discredit me.

Somebody wants to say I tell the truth then they're going to turn around and say I'm a liar.

When the CIA military complex is doing deception and misperception

Deja Vu Mandela effect

Deception to the people

Subversion making the people help them kill me slowly

False information, lying to the people

I want nothing to do with help and this government who's trying to kill me

I'm getting ready to walk by your rental, one of these days on the catch you off guard and you going to wish you never knew me.

I don't want to play your he or him game because there's five of them and you're not listening to me there's five of them.

Your way is the wrong way their way is the wrong way.

You don't have to believe me I don't give a damn you don't believe me

All you care about is discrediting them and me and making it look like I joined them when I'm not part of them then come to the rescue in the end I don't like it you're stealing money out of my pocket walking me to my death

The only way I know I get a fair win because I get paid for the damage they're doing to me, they're hurting me more than hurting Bob.

Bones can heal, but words, then everybody playing me stupid I don't like anybody because of it.

Acting like they don't hear nothing they're a liars, why do I have it recorded when I was in Wisconsin and they follow me to Michigan.

Why do they have to give them a DVD they stoled then you watch them steal without my consent.

I made another copy of the DVD and everything the judge needs.

The other DVD stolen the judge cannot use the DVD by law

I don't have time for your gas lighting and your psychology and giving them the wrong DVD on purpose I don't have time because you help them steal I will sue you for that too.

They could be playing with me for a deception for me not to know anything while they're going around hitting people. But they weren't waiting for me to get my wind and discredit me in court on purpose.

What's the judge rewards you and when how can the judge take it away?

But what I am sure of is conspiracy against rights just like Rick strawcutter said on his YouTube video channel.

Prince Rogers Nelson using GOAT for Aeyrom to spell a different statement.

SHOE somewhere here on Earth

I'm still writing conspiracy against rights & sending in tomorrow to add to basis of jurisdiction, also the Constitution I print off and send tomorrow too I forgot

I don't want to hurt nobody everybody wants to hurt me, evidence in pictures doesn't lie.

Cat's everywhere, second Life a friend named kitten, nobody knows her real age or knew her real age.

She flirted and got around a lot in the game

CIA military complex told me that Victoria supposed to show the picture of my former passport of my eye being normal.

It's not me getting her hit. My name is not Bryan Santos and his partner whether they're married or not I don't care. My wife is expecting me to save her.

It's still not me doing it its other people doing it to themselves by listening to orders.

By the way I'm not trying to pass anything to make anything real, because my conscience is still no I don't want to hit nobody and make nothing real because my family gets hit.

And I don't know if its coincidence or Nikki knows the narrative AKA script and is guilty.

Rick Strawcutter had the police show him my Wisconsin ID right with my eye?

I have eyes to see and ears to hear when people around me are acting stupid.

But EEG HETORDYNING could be anybody, but you wanted to give your name away also.

Just like CIA Military Complex wanted to give Rick strawcutter name away they also wanted to change my name and call me him then change my name again, know the narrative part of the script.

You know Troy Glomski made a comment that I should by a van and move up to the redwoods where free camping, for whatever reason is.

Troy likes to camp a lot, it was fun when I was up in Wisconsin we went Wisconsin camping or we went up to Minnesota to camp.

But let's make no mistake I'm not playing him, but I am intrigued by women who live in a van part-time or full.

Rick re posted his profile picture but the question is did he change the date of the old profile picture?

On my Facebook but it's hidden by the CIA military complex.

Also my picture when my wife took my picture because the CIA military complex told her, and possibly told her what shirt to put me in.

As I said that's the culture in the Philippines, they don't care what you wear around the house but when you go out they pick out your outfit for you.

Remind you my private investigator did right out cybercrime, more than just FB, what if he just presumed FB only.

Maybe CIA Military Complex was telling him about altering and tampering of evidence of my lawsuit, I'm no joker I'm serious.

Rick strawcutter wasn't wearing headphones in 97 and attacked by four teenagers.


Larry Sizemore setting up Tiffany or his mother, I don't know the answer to this.

I gave to pastor Don two numbers

Wait three numbers

 John Deere lawn mower, someone said Mike would help

Adrian homeless man goes into Meijer and stabs an elderly man.


Dance with my father again

Neighbor playing dance with my father again.

My wife plays it, she always had a problem every year around a certain time close to her birthday All saints Day.


Everything is conspiracy against rights

CIA military complex does to discredit me.

Acting like it's my mind when I knew them for a long time.
Homeless walking yelling I better run or EEG HETORDYNING of the past

2017 in the bedroom it was only me and Rick there at his rental, hit me with electromagnetic frequencies algorithms giving me the flu.

I always fought the CIA Military complex with Scripture staying at rick's with no prevail

The day they made me sick with flu like systems  I passed tov Yahweh, but as scripture say's I have to do the work, don't work don't eat, two different scriptures.

May 2023 hit me give me flu like symptoms again with electromagnetic frequency algorithms

Telling me how to do my lawsuit.

And I hold on to what I said my wife in the Philippines did nothing to me.

My former wife in America did nothing to me unless they forced her without my knowledge.

My birthday is coming up they want to force me to Teresa to get sexual.

Entrapment law, just like them forcing me to Vilma my Targeting her in 2016.

The same clandestine officer who's not leave me alone heart attack Troy Glomski.

Or possibly could have been someone different.

In the morning and the afternoon it was DNI Watch.

In the evening and early morning it was Military Complex.

In the Philippines.

Conspiracy against rights they're doing everything to discredit me.

Case 4: 23-CV-11122-KFB-CI

The CIA military complex acting like I'm Uncle Joe not Little Joe. Except for little Joe forced to act like he's me just like everyone else.

CIA Military Complex setting up others for mass disruption on purpose.

Christ systems always tell people what I'm doing even if I'm thinking about them or talking about them.

In Wisconsin staying at Troy's, watching YouTube of the Philippines no problem.

The CIA military complex knew I was watching the Expats iñ the Philippines and they would hint about it, the Expats video vloggers helped me on YouTube.

Back in my home state in the city I was born in.

Isolated from my mom and stepdad and all my relatives and friends and all around me are nothing but perpetrators.

I'll be watching YouTube videos of expats in the Philippines there, Larry Sizemore would say he already passed it.

Making it look like it's the CIA Military Complex.

Larry Sizemore & other homeless Watching me. Larry Sizemore & other homeless people putting a hit on the Philippines Expats when I wasn't in Wisconsin back in Adrian Michigan.

So Larry and other perpetrators in Adrian Michigan set up against me.

For them to set up the expats in the Philippines.

Another example: I would watch Jeffrey Daughtry's videos in Wisconsin with no problem.

Larry Sizemore would say he already passed him.

A day or two later Jeffrey Daughtry shows his forehead up close on a video screen, with a big lump on his forehead to make it look like he has a disease.

Submitted Dr Robert Duncan's book project soulcatcher, please start where they talk about the Christ systems and Satan systems and how religion and things like that is used as a deception because these churches don't know what the hell they're doing wrong.

Religious metaphor and other tactics to fool the public, satan behavior modification to death, plausible denial, mass murder and eugenics.

Christ systems conform or be destroyed, well they already destroyed me and everyday they try to walk and talk me to my death with both the Christ and Satan systems.

Filling in the blank rhyming games are often employed. a special unique mind probing that relies on forced speech generated by a cloner or in my case CLONERS.

CLONERS or tami chatter bot used with s.a.t.a.n silent assassination adopted networks no touch torture to try to force to kill my self.

For a deception they act like they don't hear anything. EEG heterodyning to walk me to my death and talk me to my death.

By everything they learned about me and the perpetrators helping with the narrative and script.

As dr. Robert Duncan's book explains how the CIA and the military complex ways of destroying a Target with the perpetrators helping.

Example, perpetrators helping make the narrative & script real.

Rick Strawcutter knew The narrative ahead of time because he wrote it down and gave it away to the judge in Florida.

The only thing Rick cares about is these homeless people discrediting me so he can do his lawsuit with his son William Strawcutter and make 10 million dollars off of the CEO.

Well if RICK STRAWCUTTER IS ALLOWING CHURCHES to make the narrative real.

By allowing these homeless people to help the CIA military complex make the narrative and the script real and don't want to stop them.

Endangering people's lives without using his moral conscience and just ethics.

CEO was the original script but someone changed the narrative from CEO to him because words do matter.

GMA 07 Eat Bulaga knows the script & already televised talks about (pronoun, he or him) don't have AIDES or AIDS a long time ago.

CIA military complex making everything real in both countries to set up to stop people from

making money, fbi law contract hiring, a lawsuit is a contract.

They're trying to make it look like the CIA military complex on their own.

And at the same time trying to look like I put a hit on myself with my own mind, TAMI with no cloners, I repeated what I wrote.

Deja vu Mandela effect, but this statement is true.

They want to make it look like a voice to the skull only, not a chatterbot but that is not true and the people don't know the technology like I do.

Just because Rick waited for so long doesn't give him the consent to walk me and talk me to my death slowly.

And four other people including Rick strawcutter.

I do realize they're going to go after work for Rick in Rick will be protected by eof jammer and Earthling kit.

But I'm still a Target and I'm telling you some of the narratives ahead of time, I can't lie about it because I wrote it down in 2017 of what the CIA told me in the Philippines 2016.

but yet at the same time they're trying to set me up to look like me only.

Jamie eyer said Robert Duncan is compromised not to trust "him".

Robert has been blackmailed.

My Ex wife's brother's name is Bobbie also just like my stepfather and musician Bobby z of the Prince Rogers Nelson Facebook community that they are using as a "him" of the pass game.

I assume people are going to say pass or hit certain individuals & both.

When I was in Wisconsin CIA military complex would torture The neighbors and have neighbors bring out things to remind me of my family to make it look like it was my thinking.

They've been watching me since the '80s and '90s but they didn't really bother me much except for quietly.

The CIA military complex knows me and my family and everybody I know, this small circle of handlers.

They try to set me up to make it look like it was my mind too, they're doing it on purpose because my favorite artist of all time since I was 17 has been Prince Rogers Nelson.

Evidence on the USB flash drive of the videos I submitted.

Because in one of those videos he says he's careful of what he says because he believes that what you think and say breeds reality.

That is how the CIA military complex is targeting me.

2016 harassment started when I was in the Philippines.

But quietly they were even messing with me with my first girlfriend Amanda.

This program is set up to discredit me and make everybody else money such as my ex-girlfriend Amanda.

They did the same thing in Michigan too, and perpetrators want to make it look like it's my mind and they wanted to discredit me.

Rick uses the homeless to make the narrative real and the homeless set me up to appear to look like I'm the one targeting my wife.

And to appear that I am the one playing "him", CEO's when I'm not.

I had pictures in the beginning of this Rick knew they wanted to discredit me and Rick didn't want to help me so what does that tell you.

No one even cares if my wife in the Philippines gets hit with the weapon because two CEOs want 10 million dollars from the Philippines.

Nor does he care that all these other people are going to get hit in the United States including my family because of the deception and misperception.

Or does he care that these people won't get anything without declassified documents.

I also can prove that Vilma was pretending to be my wife and my wife's mother for their pass game to lock up my wife and her family.

Example Vilma told me Captain can't help me until I come back to the Philippines.

Vilma family were acting like I was playing Troy. Vilma family were playing me playing Troy Glomski, not me.

Vilma mind controlled, if you read what I wrote when I was renting from Rick.

Vilma's scared and crying, Captain calming her down and telling her don't worry about that.

She also told me that I'm talking to my wife's family.

 come back to the Philippines na.

Another conversation before that she talked about me and my wife getting back together, she meant Teresa but I'm not married to Teresa it's used as a deception and as a setup.

I am divorced from a woman here in America from Adrian. Victoria lives in Ohio now.

Maybe they were possibly talking about Victoria instead except for this narrative of the script has been changed or they're doing it for psyops propaganda.

I can't do Teresa's Espinoza lawsuit for her; she has to do her own lawsuit.

I don't want her in my lawsuit because this is my lawsuit.

I'm only responsible for my own lawsuit. She's responsible for her own lawsuit and other people writing the lawsuit for us are null and void, people set out to hurt me.

Then the churches are passing stuff or Bobby or Rick strawcutter to my lawsuit on purpose to make it look like I was the one who put a hit on these perpetrators, I want them arrested.

Because as I repeated with the CIA military complex the perpetrators are helping write the script and the narrative to make real money to make themselves money after it becomes real.

The Homeless was helping make the narrative and the script real before giving it to the judge after they had it set up with the CIA military complex.

Same way with my former friend in Wisconsin Troy Glomski but yet get blamed that it's my mind.

Also playing mockingbird perpetrators in Adrian Michigan.

Because somebody in the Philippines was pretending to be me pretending to be Rick pretending to be a joker pretending to be CEO'S.

And in America in my Town the same thing but also pretending to be other CEOs.

And I already gave the judge pictures and FB conversations to prove I'm not doing perjury.

I got two envelopes back in the mail that I'm sending out tomorrow with these papers because I forgot to write the case number on the paper and on the envelope.

Pictures submitted of imus filipina in philippines and homeless in Adrian, I don't understand the setup to this what each one of them are thinking.

This could be who's perping who, done on purpose.

The woman with the Philippines voice, She said he's not getting what he wants without them.

The woman is either a chatterbox or somebody from the NSA or DIA with voice Morphing technology that Dr Robert Duncan worked on.

I'm not Rick Strawcutter and I'm being set up for Rick's strawcutter, I don't have AIDES or do I want to have AIDES helping me with my lawsuit.

The homeless are trying to make it look like the Philippines because they're helping the CIA military complex.

I couldn't tell you if it was passed to the Philippines government or not.

Why would they trust the CIA military complex?

The United States Navy delivered them as I said before C4I2SR systems.

Is it the Philippine government trying to get the CIA military complex caught? I highly doubt it because there's too many of them to worry and deal with.

Something I need to get across so the judge really understands.

The perpetrators helping the CIA military complex write the script then buy all their lawsuits in advance and with the churches waiting for it to come true.

Including another attack on my family and friends and goats and the churches that help them break the law.

It went from the homeless being goats because if you knew the difference between a sheep and a goat.

But you got these Church sheep in wolves clothing.

It went from the homeless to pass through everybody for a deception.

Also what I need to judge to be aware of is words and thoughts can breed reality just like Prince Rogers Nelson said of the setup for the Prince Rogers Nelson Facebook community say I'm playing him.

When in fact the CIA military complex forced my parents to get rid of my music collection that I've collected at 17 it has more value to me than money.

Just like people because there's only one Paula and they'll never be another mother who brought me to this earth.

And other family members as well as other people, you only have one life.

You want to know a Mandela effect, people talking about how their family members or friends are in heaven when scripture says the opposite.

The Dead will rise first, I did turn in my ordained minister certificate from my last lawsuit.

In a reminder Mike, Adel Cousin in the Philippines wanted me to say assume everything not I think.

Why, only Mike can answer that.

Vilma having difficulty of her eye, I know it's not your jurisdiction but it's the FBI's jurisdiction and they didn't seem to do their job.

And I did send the FBI a tip note when I was in the Philippines.

Into detail why vilma eye because since it's not your Jurisdiction, but it would have to do with something of controlling her I assume.

I assume the Prince Rogers Nelson Facebook community is under mind control. And I assume it's both voluntarily and involuntary.

I assume the black popagandra is both voluntary and non-voluntary.

And I presume the CIA military complex is hell bent lon leaving me alone.

I lose all my family including my kids from my ex-wife and to never have a girlfriend or wife again unless the CIA military complex choose for me.

Because that is what they did with Vilma and I, let it be recognized government entrapment.

Conspiracy against rights whatever law they have for that in the Philippines.

But it is your jurisdiction if they are targeting Americans here and vice versa.

I also want to remind the judge about online post that I printed off and came to the courthouse, DARPA like me weapon and how multiple people is trying to turn that around on me.

For an example I was going to Frosty boy to get some ice cream and a black man called me King. I told him I'm no king, he said yes you are you're a king. Then I said I'm no king Nigga not "er".

And they have a drop in that's open from 12:00 p.m. to 6:00 p.m. mainly for the mental health individuals. Who are lonely and has no family.

This is one of the tactics the CIA military complex is trying to do to me because I've been there when it's cold outside prior before I got my apartment.

And I'm not sure if they put something down subtly to change my medical records but I don't know how they can access my medical records because they are not no doctor to access my medical records or to change my medical records.

ProMedica Charles and Virginia Hickman Hospital never treated me like a mental health patient.

I don't like them set me up with trigger words I don't like them set me up with names of people, oh at the restaurant eating and they would say somebody's name and in my conscience I'm worried other pass a hit game.

And as I said the perpetrators are making the narrative and a script up as they go they put me in a no-win game intentionally on purpose just like they mentioned in the Philippines in 2016.

The CIA military complex set me up to play Joe my Uncle Joe.

If he was alive he would have been set up to help me that's why his hands is on his head with the joker profile saying are you serious, deception and misperception of too many of them.

The CIA military complex said I will find her, AIDS to kill Me slowly after they get done ruining me and destroying my life.

Black popagandra , black man telling his child he did nothing wrong, you understand he says.

Giving that statement away to the CIA Military Complex that doesn't leave me alone.

160 Maumee Street , Adrian Michigan

# *The USER FriendLies*

Friday, August 05, 2016

Im not really sure how to say this but my life is just one WHOLE GODDAM CONSPIRACY master minded by IDIOTS.

There's one who claims he's JAMES BOND but his weapons of choice are, INSTEAD OF EXPENSIVE GIZMOS or gadgets, UNEMPLOYED chauvinist bird brains, female victims of SINGLE PARENTING, and the overly ecstatic always trying to dizzyingly mislead SPLIT-GENDERS.

Another claims he's BATMAN or Bruce Wayne, who's so goddam rich he CAN'T BE CAUGHT ALIVE BEING SEEN in public. So he just spends most of his time HIDING in the shadows and fighting crime that ONLY EXISTS IN HIS HEAD.

And of course, how can we forget SUPERMAN?  He seems to have a knack for using his XRAY VISION, but not to see through HYPOCRITES and TWO-FACED KISS-ASS DIPLOMATS, but rather to RELIEVE HIS SEXUAL APPETITE, which is the size of his EGO.

There are still a great MANY HOST of superheroes whom I am just too BORED to mention here anymore, because they all just actually mean the same thing: they're all just TOO GOOD to be TRUE.

So why did I allow my sorry ass to stay LOCKED UP at home for more than a year and a half now WITHOUT ANY MONEY or FINANCIAL resources to back me up is  beyond me.

But I do know that it had A LOT TO DO with these superheroes' SUPERPOWERS which are all NOTHING BUT CHEAP WEAPONS concocted by SADISTS to make sure that I SUCK AT EVERYTHING THAT I DO that would help me become SELF-SUFFICIENT and FINANCIALLY SECURE.

All I get are FALSE HOPES that EVERYTHING IS GOING TO BE ALL RIGHT, and then EVERY OPPORTUNITY that comes my way seems to GET SO DELAYED, that they ALL eventually come to NOTHING, to the point of DRAINING ME DRY and placing me UNDER THE MERCIES of LOCAL AND FOREIGN SHARKS ALL OVER AGAIN.

I really don't know what SORT OF CHEAPSHITS I'm dealing with here, but

they ALL have ONE THING IN COMMON: they are ALL LIARS.

Some would PROTEST however, that they NEVER LIED. They just got MISINFORMED or DUPED. Oh really now? For 16 years? Some superhero.

And then some would PRETEND NOT TO KNOW MY REAL SITUATION and tries to "help" by sending "GLOBAL TEST" surveys that's practically WORTHLESS, except offer LEADING QUESTIONS that SCOFF at my PERSONAL PREFERENCES and FINANCIAL status.

**Continued On**

**The USER FriendLies  Part 2**



# The Oppression Diaries

A look into the chaotic world of cheap, covert, local and foreign dis-Organized Gang
Stalking and its aftermath of oppression and human rights abuses.

# *The USER FriendLies Part 2*

Friday, August 05, 2016



**MCKESSON**

**Vacc
medi
supp
and r**

**Lea**

They all claim they WANT TO HELP, but I ALWAYS END UP IN THE DUMPS, over and over again, FOR 16 YEARS (and getting LONGER), and then effortlessly try to comfort me by applying CHEAP ANECDOTAL secretly ROMANTIC solutions to my HIGHLY abusive, public MOBBING and politically motivated HARASSMENT problems.

For instance, I am required to lead a NORMAL life, have a normal job like everyone else, and go through normal channels, and JUST IGNORE the RAGING, highly ILLEGAL, deeply INSECURE, political subculture of UGLY MANIACS who have inexplicably surrounded me, and would all probably KILL me by now if they only got the chance.

And all these because they ALL want to HIDE behind some MASK, and ACT like they're some GODDAM superhero, while MEDDLING with, and all the while INTENTIONALLY misinterpreting ALL my PERSONAL decisions to tailor to THEIR personal CONVENIENCE, and the SAFETY of THEIR business interests.

Meanwhile, I am being literally DRAGGED and DROPPED around, and everywhere to please EVERYBODY, at MY EXPENSE, and with just mere INDIRECT VERBAL APOLOGIES and SAD LOOKS when disaster strikes AS IT ALWAYS DOES, given that my personal problems are altogether considered and treated as LESS IMPORTANT compared to theirs, which they SECRETLY claim are of a GLOBAL, not to mention highly DUBIOUS, nature

That's the price of being superheroes, so the STUCK UP bastards (and bitches) say, TONGUE IN CHEEK.

So now I am being FORCED to look for work under the PRETEXT that I AM now RUNNING "SOLO", meaning NO DICKHEAD with an OVERLY AGGRESSIVE ENTOURAGE, or MOB OF SOLICITORS, is ever going to bother me again.

This LAME and overly RECYCLED reassurance seems to have suddenly and miraculously given me the FREEDOM to go back to work outside, which is also being ECHOED ever so often by my INCREASINGLY IRRITATED and financially BURDENED family members

UP TO NOW.

I couldn't really be absolutely sure, but for what it's worth, I would like to write in defense that I never knew about their EXISTENCE, much less their whereabouts, until they started following me around here like crazed rabid dogs. I NEVER asked them to REVEAL themselves to me.

They acted like they're providing "friendly" INDIRECT ADVISE through these perps who are always camping around and pretending to be neighbors.

Just now, the female perp, whom I always refer to as "whore" to piss them off and also to refer to their whoring in public activities wherein they LOVE showing off their harassment or torturing skills for some surveillance camera somewhere, for purposes of extending their employment apparently, returned promptly and said "glad you've finally taken a bath."

Well, obviously, I have not. That's why they want to reiterate that fact over and over again. But also to distract me, and piss me off most likely, from writing this blog.

They just LOVE DOING WHAT THEY DO. So probably that fiasco was not really a fiasco after all. But just to extend their criminal network of surveillance and espionage over here.



To leave a comment, click the button below to sign in with Google.

SIGN IN WITH GOOGLE

Popular posts from this blog

*A GROUP OF DHs HOLLERING WHEN I LAUGH AT WHAT I WAS WATCHING ON FILM. https://t.co/aJ5NTF29Dl https://t.co/SiMPQT… https://t.co/YgunhG7Rmu*

Sunday, March 29, 2015

# The Oppression Diaries

A look into the chaotic world of cheap, covert, local and foreign dis-Organized Gang
Stalking, and its aftermath of oppression and human rights abuses.

# *Used To Be*

Friday, June 21, 2019



I used to be a guidance counselor, did you know that?

Funny that I would end up 6 years later in 3, not 1, cuckoo's nest after all those years of counseling kids and teenagers on how to find themselves or to "self-actualize."

I really got nothing much to say about that except, instead of having an active lifestyle like before, I now have unending chores that I could not seem to fulfill for days on end. Oh, it's definitely not depression. I am much too "self-aware" for that, bragging aside.

I always wake up early in the morning thinking and feeling like I could do anything I want, finally get to fulfill all my long-delayed chores, and even have time to spare for my hobbies. But, all of a sudden, heaviness sets in and I end up sleeping throughout the day.

Just now, a perp (perpetrator) living next door to me at an adjacent room, came out (or just opened her door) and said something like "take a bath" (in the vernacular) just loud enough for me to hear, like talking to someone, even if she was probably alone in the room.

They have been living around me and behaving like this for over 20 years, since that fiasco in Taiwan. They apparently, or from what I have been "indirectly" hearing and culminating from the millions of "imagery" and shitty public social engineering "role-plays", have been trying to clean up their public mess and humiliation in sheer futility - up to now.

No wonder they have been literally blaming me for ALMOST everything, on top of micro-managing and harassing me –
UP TO NOW.

UP TO NOW.

I couldn't really be absolutely sure, but for what it's worth, I would like to write in defense that I never knew about their EXISTENCE, much less their whereabouts, until they started following me around here like crazed rabid dogs. I NEVER asked them to REVEAL themselves to me.

They acted like they're providing "friendly" INDIRECT ADVISE through these perps who are always camping around and pretending to be neighbors.

Just now, the female perp, whom I always refer to as "whore" to piss them off and also to refer to their whoring in public activities wherein they LOVE showing off their harassment or torturing skills for some surveillance camera somewhere, for purposes of extending their employment apparently, returned promptly and said "glad you've finally taken a bath."

Well, obviously, I have not. That's why they want to reiterate that fact over and over again. But also to distract me, and piss me off most likely, from writing this blog.

They just LOVE DOING WHAT THEY DO. So probably that fiasco was not really a fiasco after all. But just to extend their criminal network of surveillance and espionage over here.

< ✉

To leave a comment, click the button below to sign in with Google.



Popular posts from this blog

A GROUP OF DHs HOLLERING WHEN I LAUGH AT WHAT I WAS WATCHING ON FILM. https://t.co/aJ5NTF29Dl https://t.co/SiMPQT...https://t.co/YgunhG7Rmu

Sunday, March 29, 2015

# *The Oppression Diaries*

A look into the chaotic world of cheap, covert, local and foreign dis-Organized Gang
Stalking, and its aftermath of oppression and human rights abuses.

# The Oppression Diaries

A look into the chaotic world of cheap, covert, local and foreign dis-Organized Gang Stalking, and its aftermath of oppression and human rights abuses.

# Used To Be

Friday, June 21, 2019



I used to be a guidance counselor, did you know that?

Funny that I would end up 6 years later in 3, not 1, cuckoo's nest after all those years of counseling kids and teenagers on how to find themselves or to "self-actualize."

I really got nothing much to say about that except, instead of having an active lifestyle like before, I now have unending chores that I could not seem to fulfill for days on end. Oh, it's definitely not depression. I am much too "self-aware" for that, bragging aside.

I always wake up early in the morning thinking and feeling like I could do anything I want, finally get to fulfill all my long-delayed chores, and even have time to spare for my hobbies. But, all of a sudden, heaviness sets in and I end up sleeping throughout the day.

Just now, a perp (perpetrator) living next door to me at an adjacent room, came out (or just opened her door) and said something like "take a bath" (in the vernacular) just loud enough for me to hear, like talking to someone, even if she was probably alone in the room.

They have been living around me and behaving like this for over 20 years, since that fiasco in Taiwan. They apparently, or from what I have been "indirectly" hearing and culminating from the millions of "imagery" and shitty public social engineering "role-plays", have been trying to clean up their public mess and humiliation in sheer futility - up to now.

No wonder they have been literally blaming me for ALMOST everything, on top of micro-managing and harassing me –
UP TO NOW.

Case 4: 23-CV-11122-KFB-CI

The CIA military complex acting like I'm Uncle Joe not Little Joe. Except for little Joe forced to act like he's me just like everyone else.

CIA Military Complex setting up others for mass disruption on purpose.

Christ systems always tell people what I'm doing even if I'm thinking about them or talking about them.

In Wisconsin staying at Troy's, watching YouTube of the Philippines no problem.

The CIA military complex knew I was watching the Expats in the Philippines and they would hint about it, the Expats video vloggers helped me on YouTube.

Back in my home state in the city I was born in.

Isolated from my mom and stepdad and all my relatives and friends and all around me are nothing but perpetrators.

I'll be watching YouTube videos of expats in the Philippines there, Larry Sizemore would say he already passed it.

Making it look like it's the CIA Military Complex.

Larry Sizemore & other homeless Watching me. Larry Sizemore & other homeless people putting a hit on the Philippines Expats when I wasn't in Wisconsin back in Adrian Michigan.

So Larry and other perpetrators in Adrian Michigan set up against me.

For them to set up the expats in the Philippines.

Another example: I would watch Jeffrey Daugherty videos in Wisconsin with no problem.

Larry Sizemore would say he already passed him.

A day or two later Jeffrey Doughty shows his forehead up close on a video screen, with a big lump on his forehead to make it look like he has a disease.

Submitted Dr Robert Duncan's book project soulcatcher, please start where they talk about the Christ systems and Satan systems and how religion and things like that is used as a deception because these churches don't know what the hell they're doing wrong.

Religious metaphor and other tactics to fool the public, s.a.t.a.n. behavior modification to death, plausible denial, mass murder and eugenics.

Christ systems conform or be destroyed, well they already destroyed me and every day they try to walk and talk me to my death with both the Christ and Satan systems.

Filling in the blank rhyming games are often employed. a special unique mind probing that relies on forced speech generated by a cloner or in my case CLONERS.

CLONERS or tami chatter bot used with s.a.t.a.n silent assassination adopted networks no touch torture to try to force to kill myself.

For a deception they act like they don't hear anything. EEG heterodyning to walk me to my death and talk to my death.

By everything they learned about me and the perpetrators helping with the narrative and script.

As dr. Robert Duncan's book explains how the CIA and the military complex ways of destroying a Target with the perpetrators helping.

Example, perpetrators helping make the narrative & script real.

Rick Strawcutter knew The narrative ahead of time because he wrote it down and gave it away to the judge in Florida.

The only thing Rick cares about is these homeless people discrediting me so he can do his lawsuit with his son William Strawcutter and make 10 million dollars off of the CEO.

Well if RICK STRAWCUTTER IS ALLOWING CHURCHES to make the narrative real.

By allowing these homeless people to help the CIA military complex make the narrative and the script real and don't want to stop them.

Endangering people's lives without using his moral conscience and just ethics.

CEO was the original script but someone changed the narrative from CEO to him because words do matter.

GMA 07 Eat Bulaga knows the script & already televised talks about (pronoun, he or him) don't have AIDES or AIDS a long time ago.

CIA military complex making everything real in both countries to set up to stop people from making money, FBI law contract hiring, a lawsuit is a contract.

They're trying to make it look like the CIA military complex on their own.

And at the same time trying to look like I put a hit on myself with my own mind, TAMI with no cloners, I repeated what I wrote.

surrounded by perpetrators Targeting Bob.

listening to the eeg heterodyning bothering Bob allowed me to listen.

for Bob who already did his lawsuit with Tony and use of the magic Matrix voodoo word "him".

because the lawsuit is hiding the priest pentadent act from pastor Hyder who is a licensed pastor different from ordained minister.

or a pastor from Crossroads Church who is doing this illegally. with the whole city helping to Target me and everybody else they're targeting.

 accidentally released mind control documents with my statement of claims because.

This CIA military complex likes to molest my body, especially my genital area. He's got to be the biggest queer I ever had in my life. I don't like men touching me, it's disgusting.

Teresa espinoza's kids controlled to break the law

Because I mentioned Tony targeting Bob, multiple people with Tony name for the pass game including from The Prince Rogers Nelson Facebook community Anthony and other Tony's of their first name & different last name.

depending how the CIA military complex has this pass game set up for them to Target one another.

and some people pretending to be me to do so, of the name game suggested from the pictures that I gave.

This past game doesn't necessarily mean it starts in one location from one person, this pass game would be done in multiple locations.

a lot of them from the Philippines Targeting my family in America and in the Philippines.

This is a mass disruption with the CIA military complex making it look like a game by brainwashing people to join them to help them.

or targeting them with both Satan and Christ's systems, this is why they're changing their names and targeting other people with the same name as them.

to make it appear to look like another Tony not them other Chris not them another Mike not them, ECT.

and all this pinpoints to one thing to make it look like my family is targeting each other.

Just like the video and the song by The cranberries zombie with her standing behind a cross representing the perfect sacrifice.

and as I said I would not Target my family, my daughter's and nieces and nephews love my stepfather and my mother.

and my mother loves my stepfather. There's no way I would destroy my relationship with my family because of others.

but I know a pastor who would get everyone out of the way for a particular CEO. and also other CEOs that he doesn't like for his own protection.

that pastor's name would be Rick Strawcutter.

with other pastors in the homeless people from the beginning set me up crazy or possessed because they wanted me out of the way.

still no different than what from then and from now they just changed their tactics of how they're doing such a discredit.

it's still the same all these people want to Target other people to get them out of the way to make themselves money as they walk me and talk me to my death everyday.

for the end game for the deception in this perception of my family getting set up to appear to look like me targeting them because I know better because if I hit a perpetrator I would have my family.

As well as Troy in Wisconsin, Kevin Christian only cares about getting me out of the way for himself and a particular CEO.

1. Troy Glomski targeting Bob passed to the Philippines for others brainwashed to save their she.

2. Troy Glomski Talking to the AI clandestine officers like they are A CEO and Troy being hit said that ok he still loves him.

3. Troy Targeting Jack blaker as me.

4. Kevin Christian video talking about jack blaker not leaving him alone.

5. Troy targeting Kevin Christian as me Christopher Tucker and Jack blaker and Brion wood and bob tucker and Rick strawcutter

6. Troy Glomski passed my brain signatures (EEG HETERODYNING) targeting anybody I think of as a discredit in the beginning of the program for a few years later for the end of this program.

Rick told me not to go back to the Philippines because it's a voodoo country. He was talking about Honduras, not the Philippines.

But I had to go back to see if my wife was okay, things didn't go the way I wanted to both times.

A: Vilma in the Philippines
B: Teresa in Adrian, never but forced
C: Victoria Tucker, Ex-wife
D: Amanda Palmer, Ex Girlfriend

Coercion is the act of manipulating, threatening, or forcing someone to engage in an activity without consent. It may include intimidating, pressuring, using physical force

getting someone drunk or high, threatening to harm yourself or another person, and/or making someone feel ashamed or guilty. Coercion can be verbal, emotional, physical, and/or sexual.

no I don't want to pass a hit to hit others, because people are dumb downed to put other lives in danger.

Often, attempts to coerce are persistent, even after someone has said no or already refused.

Another entity hit Adrian Michigan to brainwash the Philippines for the homeless people and the staff to Target the barangay and vilma's family helping the CIA military complex with their scripts and narratives to make real mind controlling the barangay and neighborhood.

For the barangay to strike back and the government to strike back to give it away.

Former CEO in the Philippines gave to GMA 07 and closed down ABS-CBN because of information of a lie brainwashing that the United States planted a device to spy on the Philippines.

Satellites are microwave based and can be used if our United States shadow government has the capability of hacking into their satellite.

People still show up daily but I don't know if they're still cloning me or not.

Troy Glomski setup as a Deception what he did to Jack, my stepfather Bob and myself and other people I would think of if he would steal my brain signatures with the CIA military complex who don't leave me alone.

Vilma's family tries to set me up as Troy, but Vilma's family doesn't realize that Vilma rescued me.

Because the CIA military complex wanted to make it a game that I do not want to play in or have anything to do with it.

I mentioned this before the CIA military complex game, they take a statement and they throw it out there.

Both countries are waiting for them to Target one another.

Adrian, they wanted me out of the way because I have a wife in the Philippines.

So they thought they would pass it to Bob, there's enough money for everybody.

Most people will without declassified documents and most of the people are discrediting themselves by Target and Bob Tucker Jack blaker Christopher Tucker Brian wood and Rick strawcutter.

Vilma refuses to answer me about conversation with Troy Glomski.

Troy Mcgowan is also set up on this pass as a hit, multiple people acting like me or think they are acting like me.

Did they pass it into my head without my consent to pass it to others still isn't me just like Vilma warned me.

I don't talk about myself much, the perpetrators helping with the script and narrative, the Mockingbird perpetrators acting like me.

Theresa's family including Bobby, her brother.

In Kevin Christians YouTube video he speaks about Tony Bruce all the time. That is an example of them taking two names, somebody's first name, somebody's first name for a last name and putting them together.

Pastor Bruce here in Adrian broke the law, I would go to his church and the CIA military complex when I was there using EEG HETERODYNING and he got frustrated and angry and passed a hit with his mind.

And there's several tonys including my brother-in-law, he also will pass a hit because of Larry Sizemore and his girlfriend Tiffany Michelle.

Larry sometimes calls his girlfriend whose name is Tiffany, he would call her Michelle.

So Tony will be passed a hit to pass to Anthony and other Tony's, this is where it gets you don't know who perp who, perps for hire.

The only difference is everybody knows me and how this is premeditated to pass me, Vilma hinted to me in our messenger conversations.

Vilma won't tell you what her family did wrong and Bhing did wrong because they remind controlled to hurt my wife because they're already hurting me.

This is why this backwards game is a deception to make it appear like I did something wrong.

In fact when it is Mandela effect deja vu, to plant false memories and what happened in the past happens again.

CIA military complex with eeg heterodyning said he passed, well if he passed and why aren't they leaving him alone.

That is the mind of a perpetrator who probably forced the individual.


 submitted Washington fusion center accidentally released mind controller documents, because they like to molest my body.

The deception is people will say I play with myself too much, they don't live here I do.

The CIA military complex likes to set up one another, they will pass what others think of what the other person did wrong.

To get the other person like Troy Glomski or any of these perpetrators to try to turn it around on the target.

Rick strawcutter turning in the narrative and script without even realizing the narrative and script is being altered by the CIA military complex and the perpetrators helping the CIA military complex write to script and narrative.

In the end of this is why Robert Duncan told me that even perpetrators will be Target's.

They will Target my wife in the end and she didn't do anything wrong, sherly Ann Santos.

Because of Rick strawcutter allowing the homeless with the narrative and script and me telling them who she is and Rick didn't care.

Matter of fact there are multiple people this CIA military complex is calling she including both countries and my family.

My wife in the Philippines did nothing wrong, she's not that type of a person.

Surrounded by perpetrators Targeting Bob.

Listening to the eeg heterodyning bothering Bob allowing me to listen.

For Bob who already did his lawsuit with Tony and use of the magic Matrix voodoo word "him".

Because the lawsuit is hiding with priest pendent act from pastor Hyder who is a license pastor different from ordained minister.

Or a pastor from crossroads Church who is doing this illegally. With the whole city helping to Target me and everybody else they're targeting.

Accidentally released mind control documents with my statement of claims because.

This CIA military complex likes to molest my body especially my genital area. He's got to be the biggest queer I ever in my life I don't like men touching me, disgusting.

Teresa Espinoza's kids controlled to break the law

because has I mentioned of Tony targeting Bob, multiple people with Tony name for the pass game including from The Prince Rogers Nelson Facebook community Anthony and other Tony's of their first name & different last name.

Depending how the CIA military complex has this pass game set up for them to Target one another.

And some people pretending to be me to do so, of the name game suggested from the pictures that I gave.

This past game doesn't necessarily mean it starts in one location from one person, this pass game would be done in multiple locations.

A lot of them from the Philippines Targeting my family in America and in the Philippines.

This is a mass disruption with the CIA military complex making it look like a game by brainwashing people to join them to help them.

Or targeting them with both Satan and Christ's systems, this is why they're changing their names are targeting other people with the same name as them.

To make it appear to look like another Tony not them another Chris not them another Mike not them, ECT.

And all this pinpoints to one thing to make it look like my family is targeting each other.

.

Just like the video and the song by the cranberries zombie with her standing behind a cross representing the perfect sacrifice.

And as I said I would not Target my family, my daughter's and nieces and nephew love my stepfather and my mother.

And my mother loves my stepfather there's no way I would destroy my relationship with my family because of others.

But I know a pastor who would to get everyone out of the way for a particular CEO. And also other CEOs that he don't like for his own protection.

That pastor name would be Rick Strawcutter.

With other pastors in the homeless people from the beginning set me up crazy or possessed because they wanted me out of the way.

Still no different than what from then and from now they just changed their tactics of how they're doing such a discredit.

It's still the same all these people want to Target other people to get them out of the way to make themselves money as they walk me and talk me to my death every day.

for the end game for the deception in this perception of my family getting set up to appear to look like me targeting them because I know better because if I hit a perpetrator I would have my family.

As well as Troy in Wisconsin those Kevin Christian only cares about getting me out of the way for himself and a particular CEO.

1. Troy glomski targeting bob passed to the Philippines for others brainwashed to save their she.

2. Troy Glomski Talking to the AI clantestine officers like they are A CEO and troy being hit said that ok he still loves him.

3. Troy Targeting Jack blaker as me.

4. Kevin Christian video talking about jack blaker not leaving him alone.

5. Troy targeting Kevin Christian as me Christopher Tucker and Jack blaker and Brion wood and bob tucker and Rick strawcutter

6. Troy glomski passed my brain signatures (EEG HETORDYNING) targeting anybody I think of as a discredit in the beginning of the program for a few years later for the end of this program.

Rick told me not to go back to the Philippines because it's a voodoo country he was talking about Honduras not the Philippines.

But I had to go back to see if my wife was okay, things didn't go the way I wanted to both times.

A: Vilma in the Philippines
B: Teresa in Adrian, never but forced
C: Victoria Tucker, Ex-wife
D: Amanda Palmer, Ex-Girlfriend

Coercion is the act of manipulating, threatening, or forcing someone to engage in an activity without consent. It may include intimidating, pressuring, using physical force

Getting someone drunk or high, threatening to harm yourself or another person, and/or making someone feel ashamed or guilty. Coercion can be verbal, emotional, physical, and/or sexual.

No I don't want to pass a hit to hit others, because people are dumb downed to put other lives in danger.

Often, attempts to coerce are persistent, even after someone has said no or already refused.

Another entity hit Adrian Michigan to brainwash it was the Philippines for the homeless people and the staff to Target the barangay and vilma's family helping the CIA military complex with their scripts and narratives to make real mind controlling at the barangay and neighborhood.

For the barangay to strike back and the government to strike back to give it away.

Former CEO in the Philippines gave to GMA 07 and closed down ABS-CBN because of information of a lie brainwashing that the United States planted a device to spy on the Philippines.

Satellites are microwave based and can be used if our United States shadow government has the capability of hacking into their satellite.

People showing up daily still but I don't know if they're still cloning me or not.

Troy Glomski setup as a Deception what he did to Jack my stepfather Bob and myself and other people I would think of in he would steal my brain signatures with the CIA military complex who don't leave me alone.

Vilma's family try to set me up as Troy, vilma family and barangay doesn't realize that Vilma rescued me.

Because the CIA military complex wanted to make it a game that I do not want to play in or have anything to do with it.

I mentioned this before the CIA military complex game, they take a statement and they throw it out there.

Both countries waiting for them to Target one another.

Adrian they wanted me out of the way because I have a wife in the Philippines.

So they thought they would pass it to Bob, there's enough money for everybody.

Most people will without declassified documents and most of the people are discreiting themselves by Target and Bob Tucker Jack blaker Christopher Tucker Brian wood and Rick strawcutter.

Vilma refuses to answer me about conversation with troy Glomski.

Troy Mcgowan is also set up on this pass a hit, multiple people acting like me or think they are acting like me.

Did they pass it into my head without my consent to pass it to others still isn't me just like Vilma warned me.

I don't talk about myself much the perpetrators helping with the script and narrative the Mockingbird perpetrators acting like me.

Theresa family including Bobby her brother.

Kevin Christians YouTube video he speaks about a Tony Bruce all the time that is an example of them taking two names somebody's first name somebody's first name for a last name and putting together.

Pastor Bruce here in Adrian broke the law, I would go to his church and the CIA military complex when I was there was using EEG HETORDYNING and he get frustrated and angry and pass a hit with his mind.

And there's several tony including my brother-in-law, he also will pass a hit because of Larry Sizemore and his girlfriend Tiffany Michelle.

Larry sometimes calls his girlfriend whose name is Tiffany, he would call her Michelle.

So Tony will be pass a hit to pass to Anthony and other Tony's, this is where it gets you don't know who perp who, perps for hire.

The only difference is everybody knows me and how this is premeditated out to pass me, Vilma hinted to me on our messenger conversations.

Vilma won't tell you what her family did wrong and Bhing did wrong because they remind controlled to hurt my wife because they're already hurting me.

This is why this backwards game is a deception to make it appear like I did something wrong.

In fact when it is Mandela effect Dèja vu, to plant false memories and what happened in the past happens again.

CIA military complex with eeg heterodyning said he passed, well if he passed and why aren't they leaving him alone.

That is a mind of a perpetrator who probably forced the individual.


 Submitted Washington fusion center accidentally released mind controller documents, because they like to molest my body.

The deception is people will say I play with myself too much, they don't live here I do.

The CIA military complex likes to set up one another, they will pass what another's thinking of what the other person did wrong.

To get the other person like Troy Glomski or any of these perpetrators to try to turn it around on the target.

Rick strawcutter turning in the narrative and script without even realizing the narrative and script is being altered by the CIA military complex and the perpetrators helping the CIA military complex write to script and narrative.

In the end of this is why Robert Duncan told me that even perpetrators will be Target's.

They will Target my wife in the end and she didn't do nothing wrong, sherly Ann Santos.

Because of Rick strawcutter allowing the homeless with the narrative and script and me telling them who she is and Rick didn't care.

Matter of fact there are multiple people this CIA military complex is calling she including both countries and my family.

My wife in the Philippines did nothing wrong, she's not that type of a person.

Separate piece of paper

More basis of jurisdiction

Burglary: breaking and entering, back door padlock.

Assault: Martha at secrets of Eden pulling out a firearm and acting like a game, treating me as if I'm one of the homeless, my family brought me up better than that.

Arson: homeless destroying evidence

Identity theft: CIA military complex stealing my identity with help of their homeless perpetrators cloners.

The Philippine government allowing the CIA military complex to act like a woman on the Philippine government

They have no intentions to stop them because they want me discredited and out of the way and four others.

As well as help with people pretending to be me targeting Bob and four others.

This is why Vilma told me as safer out of Michigan out of my town, repeatedly.

Attempted identity theft: stealing my social security number. My PIN number for my credit card. Using Christ systems and EEG HETERODYNING announcing it to the area that I was at by the ATM

Vilma hinting multiple times about clones and people acting like me for the setup.

Bob, my stepfather, thinks Troy is helping him but he's not and neither is the barangay or Rick strawcutter.

Rick wanted Bob discredited too because Rick only cares about a certain CEO.

Don't believe me, get a hold of the judge in Orlando Florida.

Deja vu Mandela effect, but this statement is true.

They want to make it look like a voice to the skull only, not a chatterbot but that is not true and the people don't know the technology like I do.

Just because Rick waited for so long doesn't give him the consent to walk me and talk me to my death slowly.

And four other people including Rick strawcutter.

I do realize they're going to go after work for Rick in Rick will be protected by eof jammer and Earthling kit.

But I'm still a Target and I'm telling you some of the narratives ahead of time, I can't lie about it because I wrote it down in 2017 of what the CIA told me in the Philippines 2016.

but yet at the same time they're trying to set me up to look like me only.

Jamie eyer said Robert Duncan is compromised not to trust "him".

Robert has been blackmailed.

My Ex-wife's brother's name is Bobbie also just like my stepfather and musician Bobby z of the Prince Rogers Nelson Facebook community that they are using as a "him" of the pass game.

I assume people are going to say pass or hit certain individuals & both.

When I was in Wisconsin CIA military complex would torture The neighbors and have neighbors bring out things to remind me of my family to make it look like it was my thinking.

They've been watching me since the '80s and '90s but they didn't really bother me much except for quietly.

The CIA military complex knows me and my family and everybody I know, this small circle of handlers.

They try to set me up to make it look like it was my mind too, they're doing it on purpose because my favorite artist of all time since I was 17 has been Prince Rogers Nelson.

Evidence on the USB flash drive of the videos I submitted.

Because in one of those videos he says he's careful of what he says because he believes that what you think and say breeds reality.

That is how the CIA military complex is targeting me.

2016 harassment started when I was in the Philippines.

But quietly they were even messing with me with my first girlfriend Amanda.

This program is set up to discredit me and make everybody else money such as my ex-girlfriend Amanda.

They did the same thing in Michigan too, and perpetrators want to make it look like it's my mind and they wanted to discredit me.

Rick uses the homeless to make the narrative real and the homeless set me up to appear to look like I'm the one targeting my wife.

And to appear that I am the one playing "him", CEO's when I'm not.

I had pictures in the beginning of this Rick knew they wanted to discredit me and Rick didn't want to help me so what does that tell you.

No one even cares if my wife in the Philippines gets hit with the weapon because two CEOs want 10 million dollars from the Philippines.

Nor does he care that all these other people are going to get hit in the United States including my family because of the deception and misperception.

Or does he care that these people won't get anything without declassified documents.

I also can prove that Vilma was pretending to be my wife and my wife's mother for their pass game to lock up my wife and her family.

Example Vilma told me Captain can't help me until I come back to the Philippines.

Vilma family were acting like I was playing Troy. Vilma family were playing me playing Troy Glomski, not me.

Vilma mind controlled, if you read what I wrote when I was renting from Rick.

Vilma's scared and crying, Captain calming her down and telling her don't worry about that.

She also told me that I'm talking to my wife's family.

come back to the Philippines na.

Another conversation before that she talked about me and my wife getting back together, she meant Teresa but I'm not married to Teresa it's used as a deception and as a setup.

I am divorced from a woman here in America from Adrian. Victoria lives in Ohio now.

Maybe they were possibly talking about Victoria instead except for this narrative of the script has been changed or they're doing it for psyops propaganda.

I can't do Teresa's Espinoza lawsuit for her; she has to do her own lawsuit.

I don't want her in my lawsuit because this is my lawsuit.

I'm only responsible for my own lawsuit. She's responsible for her own lawsuit and other people writing the lawsuit for us are null and void, people set out to hurt me.

Then the churches are passing stuff or Bobby or Rick strawcutter to my lawsuit on purpose to make it look like I was the one who put a hit on these perpetrators, I want them arrested.

Because as I repeated with the CIA military complex the perpetrators are helping write the script and the narrative to make real money to make themselves money after it becomes real.

The Homeless was helping make the narrative and the script real before giving it to the judge after they had it set up with the CIA military complex.

Same way with my former friend in Wisconsin Troy Glomski but yet get blamed that it's my mind.

Also playing mockingbird perpetrators in Adrian Michigan.

Because somebody in the Philippines was pretending to be me pretending to be Rick pretending to be a joker pretending to be CEO'S.

And in America in my Town the same thing but also pretending to be other CEOs.

And I already gave the judge pictures and FB conversations to prove I'm not doing perjury.

I got two envelopes back in the mail that I'm sending out tomorrow with these papers because I forgot to write the case number on the paper and on the envelope.

Pictures submitted of Imus Filipina in Philippines and homeless in Adrian, I don't understand the setup to this what each one of them are thinking.

This could be who's perping who, done on purpose.

The woman with the Philippines voice, she said he's not getting what he wants without them.

The woman is either a chatterbox or somebody from the NSA or DIA with voice Morphing technology that Dr Robert Duncan worked on.

I'm not Rick Strawcutter and I'm being set up for Rick's Strawcutter, I don't have AIDES or do I want to have AIDES helping me with my lawsuit.

The homeless are trying to make it look like the Philippines because they're helping the CIA military complex.

I couldn't tell you if it was passed to the Philippines government or not.

Why would they trust the CIA military complex?

The United States Navy delivered them as I said before C4I2SR systems.

Is it the Philippine government trying to get the CIA military complex caught? I highly doubt it because there's too many of them to worry and deal with.

Something I need to get across so the judge really understands.

The perpetrators helping the CIA military complex write the script then buy all their lawsuits in advance and with the churches waiting for it to come true.

Including another attack on my family and friends and goats and the churches that help them break the law.

It went from the homeless being goats because if you knew the difference between a sheep and a goat.

But you got these Church sheep in wolves clothing.

It went from the homeless to pass through everybody for a deception.

Also what I need judge to be aware of words and thoughts can breed reality just like Prince Rogers Nelson said of the setup for the Prince Rogers Nelson Facebook community say I'm playing him.

When in fact the CIA military complex forced my parents to get rid of my music collection that I've collected at 17 it has more value to me than money.

Just like people because there's only one Paula and they'll never be another mother who brought me to this earth.

And other family members as well as other people, you only have one life.

You want to know a Mandela effect, people talking about how their family members or friends are in heaven when scripture says the opposite.

The Dead will rise first, I did turn in my ordained minister certificate from my last lawsuit.

In a reminder Mike, Adel Cousin in the Philippines wanted me to say assume everything not I think.

Why, only Mike can answer that.

Vilma having difficulty of her eye, I know it's not your jurisdiction but it's the FBI's jurisdiction and they didn't seem to do their job.

And I did send the FBI a tip notes when I was in the Philippines.

Into detail why vilma eye because since it's not your Jurisdiction, but it would have to do with something of controlling her I assume.

I assume the Prince Rogers Nelson Facebook community is under mind control. And I assume it's both voluntarily and involuntary.

I assume the black propaganda is both voluntary and non-voluntary.

And I presume the CIA military complex is hell bent Ion leaving me alone.

I lose all my family including my kids from my ex-wife and to never have a girlfriend or wife again unless the CIA military complex choose for me.

Because that is what they did with Vilma and I, let it be recognized government entrapment.

Conspiracy against rights whatever law they have for that in the Philippines.

But it is your jurisdiction if they are targeting Americans here and vice versa.

I also want to remind the judge about online post that I printed off and came to the courthouse, DARPA like me weapon and how multiple people is trying to turn that around on me.

For an example I was going to Frosty boy to get some ice cream and a black man called me King. I told him I'm no king, he said yes you are you're a king. Then I said I'm no king Nigga not "er".

And they have a drop in that's open from 12:00 p.m. to 6:00 p.m. mainly for the mental health individuals. Who are lonely and has no family.

This is one of the tactics the CIA military complex is trying to do to me because I've been there when it's cold outside prior before I got my apartment.

And I'm not sure if they put something down subtly to change my medical records but I don't know how they can access my medical records because they are not no doctor to access my medical records or to change my medical records.

ProMedica Charles and Virginia Hickman Hospital never treated me like a mental health patient.

I don't like them set me up with trigger words I don't like them set me up with names of people, oh at the restaurant eating and they would say somebody's name and in my conscience I'm worried other pass a hit game.

And as I said the perpetrators are making the narrative and a script up as they go they put me in a no-win game intentionally on purpose just like they mentioned in the Philippines in 2016.

The CIA military complex set me up to play Joe my Uncle Joe.

If he was alive he would have been set up to help me that's why his hands are on his head with the joker profile saying are you serious, deception and misperception of too many of them.

The CIA military complex said I will find her, AIDS to kill Me slowly after they get done ruining me and destroying my life.

Black propaganda, black man telling his child he did nothing wrong, you understand he says.

Giving that statement away to the CIA Military Complex that doesn't leave me alone.

160 Maumee Street, Adrian Michigan

Case 4: 23-CV-11122-KFB-CI

The CIA military complex acting like I'm Uncle Joe not Little Joe. Except for little Joe forced to act like he's me just like everyone else.

CIA Military Complex setting up others for mass disruption on purpose.

Christ systems always tell people what I'm doing even if I'm thinking about them or talking about them.

In Wisconsin staying at Troy's, watching YouTube of the Philippines no problem.

The CIA military complex knew I was watching the Expats iñ the Philippines and they would hint about it, the Expats video vloggers helped me on YouTube.

Back in my home state in the city I was born in.

Isolated from my mom and stepdad and all my relatives and friends and all around me are nothing but perpetrators.

I'll be watching YouTube videos of expats in the Philippines there, Larry Sizemore would say he already passed it.

Making it look like it's the CIA Military Complex.

Larry Sizemore & other homeless Watching me. Larry Sizemore & other homeless people putting a hit on the Philippines Expats when I wasn't in Wisconsin back in Adrian Michigan.

So Larry and other perpetrators in Adrian Michigan set up against me.

For them to set up the expats in the Philippines.

Another example: I would watch Jeffrey Daughtry's videos in Wisconsin with no problem.

Larry Sizemore would say he already passed him.

A day or two later Jeffrey Daughtry shows his forehead up close on a video screen, with a big lump on his forehead to make it look like he has a disease.

Submitted Dr Robert Duncan's book project soulcatcher, please start where they talk about the Christ systems and Satan systems and how religion and things like that is used as a deception because these churches don't know what the hell they're doing wrong.

Religious metaphor and other tactics to fool the public, satan behavior modification to death, plausible denial, mass murder and eugenics.

Christ systems conform or be destroyed, well they already destroyed me and every day they try to walk and talk me to my death with both the Christ and Satan systems.

Filling in the blank rhyming games are often employed. a special unique mind probing that relies on forced speech generated by a cloner or in my case CLONERS.

CLONERS or tami chatter bot used with s.a.t.a.n silent assassination adopted networks no touch torture to try to force to kill myself.

For a deception they act like they don't hear anything. EEG heterodyning to walk me to my death and talk to my death.

By everything they learned about me and the perpetrators helping with the narrative and script.

As dr. Robert Duncan's book explains how the CIA and the military complex ways of destroying a Target with the perpetrators helping.

Example, perpetrators helping make the narrative & script real.

Rick Strawcutter knew The narrative ahead of time because he wrote it down and gave it away to the judge in Florida.

The only thing Rick cares about is these homeless people discrediting me so he can do his lawsuit with his son William Strawcutter and make 10 million dollars off of the CEO.

Well if RICK STRAWCUTTER IS ALLOWING CHURCHES to make the narrative real.

By allowing these homeless people to help the CIA military complex make the narrative and the script real and don't want to stop them.

Endangering people's lives without using his moral conscience and just ethics.

CEO was the original script but someone changed the narrative from CEO to him because words do matter.

GMA 07 Eat Bulaga knows the script & already televised talks about (pronoun, he or him) don't have AIDES or AIDS a long time ago.

CIA military complex making everything real in both countries to set up to stop people from making money, fbi law contract hiring, a lawsuit is a contract.

They're trying to make it look like the CIA military complex on their own.

And at the same time trying to look like I put a hit on myself with my own mind, TAMI with no cloners, I repeated what I wrote.

Deja vu Mandela effect, but this statement is true.

They want to make it look like a voice to the skull only, not a chatterbot but that is not true and the people don't know the technology like I do.

Just because Rick waited for so long doesn't give him the consent to walk me and talk me to my death slowly.

And four other people including Rick strawcutter.

I do realize they're going to go after work for Rick in Rick will be protected by eof jammer and Earthling kit.

But I'm still a Target and I'm telling you some of the narratives ahead of time, I can't lie about it because I wrote it down in 2017 of what the CIA told me in the Philippines 2016.

but yet at the same time they're trying to set me up to look like me only.

Jamie eyer said Robert Duncan is compromised not to trust "him".

Robert has been blackmailed.

My Ex-wife's brother's name is Bobbie also just like my stepfather and musician Bobby z of the Prince Rogers Nelson Facebook community that they are using as a "him" of the pass game.

I assume people are going to say pass or hit certain individuals & both.

When I was in Wisconsin CIA military complex would torture The neighbors and have neighbors bring out things to remind me of my family to make it look like it was my thinking.

They've been watching me since the '80s and '90s but they didn't really bother me much except for quietly.

The CIA military complex knows me and my family and everybody I know, this small circle of handlers.

They try to set me up to make it look like it was my mind too, they're doing it on purpose because my favorite artist of all time since I was 17 has been Prince Rogers Nelson.

Evidence on the USB flash drive of the videos I submitted.

Because in one of those videos he says he's careful of what he says because he believes that what you think and say breeds reality.

That is how the CIA military complex is targeting me.

2016 harassment started when I was in the Philippines.

But quietly they were even messing with me with my first girlfriend Amanda.

This program is set up to discredit me and make everybody else money such as my ex-girlfriend Amanda.

They did the same thing in Michigan too, and perpetrators want to make it look like it's my mind and they wanted to discredit me.

Rick uses the homeless to make the narrative real and the homeless set me up to appear to look like I'm the one targeting my wife.

And to appear that I am the one playing "him", CEO's when I'm not.

I had pictures in the beginning of this Rick knew they wanted to discredit me and Rick didn't want to help me so what does that tell you.

No one even cares if my wife in the Philippines gets hit with the weapon because two CEOs want 10 million dollars from the Philippines.

Nor does he care that all these other people are going to get hit in the United States including my family because of the deception and misperception.

Or does he care that these people won't get anything without declassified documents.

I also can prove that Vilma was pretending to be my wife and my wife's mother for their pass game to lock up my wife and her family.

Example Vilma told me Captain can't help me until I come back to the Philippines.

Vilma family were acting like I was playing Troy. Vilma family were playing me playing Troy Glomski, not me.

Vilma mind controlled, if you read what I wrote when I was renting from Rick.

Vilma's scared and crying, Captain calming her down and telling her don't worry about that.

She also told me that I'm talking to my wife's family.

 come back to the Philippines na.

Another conversation before that she talked about me and my wife getting back together, she meant Teresa but I'm not married to Teresa it's used as a deception and as a setup.

I am divorced from a woman here in America from Adrian. Victoria lives in Ohio now.

Maybe they were possibly talking about Victoria instead except for this narrative of the script has been changed or they're doing it for psyops propaganda.

I can't do Teresa's Espinoza lawsuit for her; she has to do her own lawsuit.

I don't want her in my lawsuit because this is my lawsuit.

I'm only responsible for my own lawsuit. She's responsible for her own lawsuit and other people writing the lawsuit for us are null and void, people set out to hurt me.

Then the churches are passing stuff or Bobby or Rick strawcutter to my lawsuit on purpose to make it look like I was the one who put a hit on these perpetrators, I want them arrested.

Because as I repeated with the CIA military complex the perpetrators are helping write the script and the narrative to make real money to make themselves money after it becomes real.

The Homeless was helping make the narrative and the script real before giving it to the judge after they had it set up with the CIA military complex.

Same way with my former friend in Wisconsin Troy Glomski but yet get blamed that it's my mind.

Also playing mockingbird perpetrators in Adrian Michigan.

Because somebody in the Philippines was pretending to be me pretending to be Rick pretending to be a joker pretending to be CEO'S.

And in America in my Town the same thing but also pretending to be other CEOs.

And I already gave the judge pictures and FB conversations to prove I'm not doing perjury.

I got two envelopes back in the mail that I'm sending out tomorrow with these papers because I forgot to write the case number on the paper and on the envelope.

Pictures submitted of imus filipina in philippines and homeless in Adrian, I don't understand the setup to this what each one of them are thinking.

This could be who's perping who, done on purpose.

The woman with the Philippines voice, she said he's not getting what he wants without them.

The woman is either a chatterbox or somebody from the NSA or DIA with voice Morphing technology that Dr Robert Duncan worked on.

I'm not Rick Strawcutter and I'm being set up for Rick's strawcutter, I don't have AIDES or do I want to have AIDES helping me with my lawsuit.

The homeless are trying to make it look like the Philippines because they're helping the CIA military complex.

I couldn't tell you if it was passed to the Philippines government or not.

Why would they trust the CIA military complex?

The United States Navy delivered them as I said before C4I2SR systems.

Is it the Philippine government trying to get the CIA military complex caught? I highly doubt it because there's too many of them to worry and deal with.

Something I need to get across so the judge really understands.

The perpetrators helping the CIA military complex write the script then buy all their lawsuits in advance and with the churches waiting for it to come true.

Including another attack on my family and friends and goats and the churches that help them break the law.

It went from the homeless being goats because if you knew the difference between a sheep and a goat.

But you got these Church sheep in wolves clothing.

It went from the homeless to pass through everybody for a deception.

Also what I need to judge to be aware of words and thoughts can breed reality just like Prince Rogers Nelson said of the setup for the Prince Rogers Nelson Facebook community say I'm playing him.

When in fact the CIA military complex forced my parents to get rid of my music collection that I've collected at 17 it has more value to me than money.

Just like people because there's only one Paula and they'll never be another mother who brought me to this earth.

And other family members as well as other people, you only have one life.

You want to know a Mandela effect, people talking about how their family members or friends are in heaven when scripture says the opposite.

The Dead will rise first, I did turn in my ordained minister certificate from my last lawsuit.

In a reminder Mike, Adel Cousin in the Philippines wanted me to say assume everything not I think.

Why, only Mike can answer that.

Vilma having difficulty of her eye, I know it's not your jurisdiction but it's the FBI's jurisdiction and they didn't seem to do their job.

And I did send the FBI a tip notes when I was in the Philippines.

Into detail why vilma eye because since it's not your Jurisdiction, but it would have to do with something of controlling her I assume.

I assume the Prince Rogers Nelson Facebook community is under mind control. And I assume it's both voluntarily and involuntary.

I assume the black propaganda is both voluntary and non-voluntary.

And I presume the CIA military complex is hell bent Ion leaving me alone.

I lose all my family including my kids from my ex-wife and to never have a girlfriend or wife again unless the CIA military complex choose for me.

Because that is what they did with Vilma and I, let it be recognized government entrapment.

Conspiracy against rights whatever law they have for that in the Philippines.

But it is your jurisdiction if they are targeting Americans here and vice versa.

I also want to remind the judge about online post that I printed off and came to the courthouse, DARPA like me weapon and how multiple people is trying to turn that around on me.

For an example I was going to Frosty boy to get some ice cream and a black man called me King. I told him I'm no king, he said yes you are you're a king. Then I said I'm no king Nigga not "er".

And they have a drop in that's open from 12:00 p.m. to 6:00 p.m. mainly for the mental health individuals. Who are lonely and has no family.

This is one of the tactics the CIA military complex is trying to do to me because I've been there when it's cold outside prior before I got my apartment.

And I'm not sure if they put something down subtly to change my medical records but I don't know how they can access my medical records because they are not no doctor to access my medical records or to change my medical records.

ProMedica Charles and Virginia Hickman Hospital never treated me like a mental health patient.

I don't like them set me up with trigger words I don't like them set me up with names of people, oh at the restaurant eating and they would say somebody's name and in my conscience I'm worried other pass a hit game.

And as I said the perpetrators are making the narrative and a script up as they go they put me in a no-win game intentionally on purpose just like they mentioned in the Philippines in 2016.

The CIA military complex set me up to play Joe my Uncle Joe.

If he was alive he would have been set up to help me that's why his hands is on his head with the joker profile saying are you serious, deception and misperception of too many of them.

The CIA military complex said I will find her, AIDS to kill Me slowly after they get done ruining me and destroying my life.

Black propaganda, black man telling his child he did nothing wrong, you understand he says.

Giving that statement away to the CIA Military Complex that doesn't leave me alone.

160 Maumee Street, Adrian Michigan

6:20 PM

←  Search

Posts    Reels

 **This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

 1

👍 Like          💬 Comment

**Billy Robinson** ⋯
Jul 18 at 2:14 PM · 👥



 7          1 comment

👍 Like          💬 Comment

# Christopher Tucker

## Add Friend



# Chris Tucker

31 followers

## Add Friend



# Chris Tucker

## Add Friend



 Search



# Bryan Santos

 Friends    Message   •••

Posts   Reels

## Details

No details available

••• See Bryan's About Info

## Friends
496 friends





facebook

10:06 PM

What's on your mind?

Create story

Bryan Santos

Craigyhill bonfire and cultural page
Suggested for you · Sun at 7:35 PM

Jason and Laura dee visiting from wales



 Scoop.lt

# E.L.F. #INDUCED

# #SNEEZING AS A FORM O...

Tracking Filipino Gangstalking, Black
Propaganda & Harassment: Of Hairs and
VERBAL ASSAULTS



**Alectra Borgemenke**
Yesterday at 11:05 PM · 

Imma throw a fit ‼️













# Edgar Santos

**Add Friend**

 **Message**

...

 Works at **Mega Cellular Network, Inc.**

 Went to PCU-UHSM

Lives in **Manila, Philippines**



 **Meredith - Clark Funeral Home**
Sep 18, 2016 at 8:50am · 🌐

Ronald J. "Ron" Pugh Sr., age 66, passed away Thursday evening, September 15, 2016 at his home in Brown County.

He was born in Grundy, Virginia on April 28, 1950, to the late Carl and Imogene (Christian) Pugh. Ron was a 1968 graduate of Feds Creek High School in Kentucky and went on to serve as a Specialist with the Company D 41st Infantry of the ... See More





# Shemae Ohcatsom

FEBRERA & MOSTACHO
FAMILY
06 sapat na!!!!
John Kevin & prince adrian & maxine joy




**Message**





An official website of the United States government. here's how you know

# Federal Civil Rights Statutes

## Title 18, U.S.C., Section 249 - Matthew Shepard and James Byrd, Jr., Hate Crimes Prevention Act

This statute makes it unlawful to willfully cause bodily injury—or attempting to do so with fire, firearm, or other dangerous weapon—when 1) the crime was committed because of the actual or perceived race, color, religion, national origin of any person, or 2) the crime was committed because of the actual or perceived religion, national origin, gender, sexual orientation, gender identity, or disability of any person and the crime affected interstate or foreign commerce or occurred within federal special maritime and territorial jurisdiction.

The law also provides funding and technical assistance to state, local, and tribal jurisdictions to help them to more effectively investigate, prosecute, and prevent hate crimes.

The law provides for a maximum 10-year prison term unless death (or attempts to kill) results from the offense, or unless the offense includes kidnapping or attempted kidnapping, or aggravated sexual abuse or attempted aggravated sexual abuse. For offenses not resulting in death, there is a seven-year statute of limitations. For offenses resulting in death, there is no statute of limitations.

## Title 18, U.S.C., Section 241 - Conspiracy Against Rights

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

## Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years, or for life, or both, or may be sentenced to death.

## Title 18, U.S.C., Section 245 - Federally Protected Activities

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:

    a. A voter, or person qualifying to vote...;
    b. a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States;
    c. an applicant for federal employment or an employee by the federal government;
    d. a juror or prospective juror in federal court; and
    e. a participant in any program or activity receiving Federal financial assistance.

2) Prohibits willful injury, intimidation, or interference or attempt to do so, by force or threat of force of any person because of race, color, religion, or national origin and because of his/her activity as:

    a. A student or applicant for admission to any public school or public college;
    b. a participant in any benefit, service, privilege, program, facility, or activity provided or administered by a state or local government;
    c. an applicant for private or state employment, private or state employee; a member or applicant for membership in any labor organization or hiring hall; or an applicant for employment through any employment agency, labor organization or hiring hall;
    d. a juror or prospective juror in state court;
    e. a traveler or user of any facility of interstate commerce or common carrier; or
    f. a patron of any public accommodation, including hotels, motels, restaurants, lunchrooms, bars, gas stations, theaters...or any other establishment which serves the public and which is principally engaged in selling food or beverages for consumption on the premises.

3) Prohibits interference by force or threat of force against any person because he/she is or has been, or in order to intimidate such person or any other person or class of persons from participating or affording others the opportunity or protection to so participate, or lawfully aiding or encouraging other persons to participate in any of the benefits or activities listed in items (1) and (2), above without discrimination as to race, color, religion, or national origin.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or may be sentenced to death.

## Title 18, U.S.C., Section 247 - Church Arson Prevention Act of 1996

Prohibits (1) intentional defacement, damage, or destruction of any religious real property, because of the religious, racial, or ethnic characteristics of that property, or (2) intentional obstruction by force or threat of force, or attempts to obstruct any person in the enjoyment of that person's free exercise of religious beliefs. If the intent of the crime is motivated for reasons of religious animosity, it must be proven that the religious real property has a sufficient connection with interstate or foreign commerce. However, if the intent of the crime is racially motivated, there is no requirement to satisfy the interstate or foreign commerce clause.

Punishment varies from one year imprisonment and a fine or both, and if bodily injury results to any person, including any public safety officer performing duties as a direct or proximate result of conduct prohibited by this section, and the violation is by means of fire or an explosive, a fine under this title or imprisonment of not more than forty years or both; or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined in accordance with this title and imprisonment for up to twenty years, or both, and if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined in accordance with this title and imprisoned for any term of years or for life, or both, or may be sentenced to death.

## Title 18, U.S.C., Section 248 - Freedom of Access to Clinic Entrances (FACE) Act

This statute prohibits (1) the use of force or threat of force or physical obstruction, to intentionally injure, intimidate or interfere with or attempt to injure, intimidate or interfere with any

# The Constitution of the United States of America

# The Constitution of the
# United States of America







1:16 AM  S

nyfreecams.com  9

m.MyFreeCams.com    Hi GProgression.
You have 0 Tokens    Menu

Friends | Search | Models 907 Online | Rooms 1 Room | PMs | More

RocknRose    Tip Menu | Buy Tokens | PM | ✕

Previous | Recent | Next

**615 - Get Naked | #46| Reading and Pleasure...**    203 People

Send a Message...

🔴 **Fred_Right:** You play a frog trying to cross a busy highway and stream.

**Foxxx** has tipped **RocknRose** 70 tokens for **Tip Menu Under 500 tokens | Popka Appreciation**

🔴 **Fred_Right:**

🔴 **Fred_Right:** Have you ever played the Frogger video game, Luba?

**Froggie4U:** Ribbit!

**Gullibleboy:** hi froggie

🔴 **RocknMule:** 🔴 Froggie

Case 2:23-cv-12063-DML-APP ECF No. 1, PageID.98 Filed 08/14/23 Page 98 of 100



AD A126633

Report No. 3459

The C³–System User
Vol I: A Review of Research on Human Performance
as it Relates to the Design and Operation of
Command, Control and Communication Systems

APPROVED FOR PUBLIC RELEASE
DISTRIBUTION UNLIMITED

February 1977

DTIC
SELECTED
APR 7 1983

A
5

Submitted to:
Defense Advanced Research Projects Agency

DTIC FILE COPY

85

UNCLASSIFIED
SECURITY CLASSIFICATION OF THIS PAGE (When Data Entered)

| REPORT DOCUMENTATION PAGE | | READ INSTRUCTIONS BEFORE COMPLETING FORM |
|---|---|---|
| 1. REPORT NUMBER 3459 | 2. GOVT ACCESSION NO. AD-A11 6633 | 3. RECIPIENT'S CATALOG NUMBER |
| 4. TITLE (and Subtitle) THE C³ SYSTEM USER Vol I: A Review of Research on Human Performance as it Relates to the Design and Operation of Command, Control and Communication Systems. Vol II: Workshop Notes | | 5. TYPE OF REPORT & PERIOD COVERED Final Report Feb. 1976–Feb. 1977 |
| | | 6. PERFORMING ORG. REPORT NUMBER |
| 7. AUTHOR(s) R. S. Nickerson, M. J. Adams, R. W. Pew, | | 8. CONTRACT OR GRANT NUMBER(s) MDA903-76-C-0207, |

Edit    Annotate        Convert    All

PEEP

IN

MOSONIC

TEMPLE

Plotting

ME

AND

PAST

TOO

340937848-...

**Mandela Effect**
**CERN Reality Changes, Time-Travel, Parallel Worlds & Black Magick**

First Edition – PDF Version

by
Edward "Maggador" Alexander
www.facebook.com/maggador

AlternaNews – Conspiracies, Paranormal & Spirituality
www.facebook.com/AlternaNews

ISBN: 978-1-365-79418-6

Copyright (C) 2017 Edward Alexander
All Rights Reserved

I appreciate your kind support to keep my work alive!
Donations can be done by following ways:
Mail me at maggador@gmail.com
My fundraiser page at: https://fundrazr.com/9pcYc

My books available at:
http://www.lulu.com/spotlight/maggador

---

### The Mandela Effect – An introduction

The term "Mandela Effect" was first used by Fiona Broome in 2010 when she noticed a large amount of people remembering Nelson Mandela dying in prison in the 1980's. People all over the world, thousands in numbers, remembering the same details about his death, news coverage, funeral, etc.

As she looked more into this, it became clear that hundreds of thousands of people if not millions around the world shares collective and identical memories of historical events and other things that never was the way they all remember it.

Such memories includes a huge amount of different topics, from famous celebrities either dying, or suddenly being alive again after they remember them dying, to changes in famous brand marks, logos, names of famous people, movie lines, music lyrics, and many other subjects.

The interesting thing is that thousands upon thousands of people remember