UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER TUCKER,

        Plaintiff,                           Case Number 23-12063

v.                                            Honorable David M. Lawson

CITY OF ADRIAN,

        Defendant.

_____/

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

                                                          s/David M. Lawson
                                                          DAVID M. LAWSON
                                                          United States District Judge

Dated:  August 29, 2023